**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF IOWA, WESTERN DIVISION

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Anthony** <br> First name <br><br> **Wayne** <br> Middle name <br><br> **Salter** <br> Last name and Suffix (Sr., Jr., II, III) | **Mary** <br> First name <br><br> **Frances** <br> Middle name <br><br> **Salter** <br> Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | **Tony Salter** | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0140 | xxx-xx-8279 |

Debtor 1    **Anthony Wayne Salter**
Debtor 2    **Mary Frances Salter**                                              Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.  Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

☐ I have not used any business name or EINs.

**DBA  Salter Farms, LLC**

Business name(s)

_____

EINs

About Debtor 2 (Spouse Only in a Joint Case):

■ I have not used any business name or EINs.

Business name(s)

_____

EINs

**5.  Where you live**

**1776 250th Street
Modale, IA 51556**
Number, Street, City, State & ZIP Code

**Harrison**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.  Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

| Debtor 1 | **Anthony Wayne Salter** | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | **Mary Frances Salter** | | | |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |

---

**11.** **Do you rent your residence?**

■ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1   **Anthony Wayne Salter**
Debtor 2   **Mary Frances Salter**

Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

| Debtor 1 | **Anthony Wayne Salter** | |
|---|---|---|
| Debtor 2 | **Mary Frances Salter** | Case number *(if known)* |

---

**Part 5:**    Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Anthony Wayne Salter**
Debtor 2    **Mary Frances Salter**

Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☒ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Anthony Wayne Salter** _____    **/s/ Mary Frances Salter** _____
**Anthony Wayne Salter**    **Mary Frances Salter**
Signature of Debtor 1    Signature of Debtor 2

Executed on  **January 31, 2018**    Executed on  **January 31, 2018**
MM / DD / YYYY    MM / DD / YYYY

Debtor 1   **Anthony Wayne Salter**

Debtor 2   **Mary Frances Salter**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Nicole Hughes**                                    Date    **January 31, 2018**
Signature of Attorney for Debtor                                  MM / DD / YYYY

**Nicole Hughes**
Printed name

**Telpner Peterson Law Firm, LLP**
Firm name

**25 Main Place, Suite 200**
**P.O. Box 248**
**Council Bluffs, IA 51502-0248**
Number, Street, City, State & ZIP Code

Contact phone  **712-325-9000**                    Email address    **nhughes@telpnerlaw.com**

**IS9999071 IA**
Bar number & State

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Anthony Wayne Salter** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Mary Frances Salter** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA, WESTERN DIVISION | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | **Unsecured claim** |
|---|---|---|

**1**

**Agriland FS Inc.**
421 N. 10th St.
Winterset, IA 50273

**What is the nature of the claim?**

**Accounts and Documents of Title, Crops, Farm Products, , Equipment**

$ **$387,746.22**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Keith Becker**

**kbecker@agrilandfs.com**
Contact

**515-462-5368**
Contact phone

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)   $ **$387,746.22**

     Value of security:   - $ **$0.00**
     Unsecured claim   $ **$387,746.22**

**2**

**Agriland FS Inc.**

**What is the nature of the claim?**

**4 double wall vertical storage tanks (bulk fertilizer plant), 20,000 gallon double wall tank (bulk fuel station), 18,000 gallon propane tank**

$ **$88,408.67**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Anthony Wayne Salter**
Debtor 2    **Mary Frances Salter**

Case number (if known) _____

**421 N. 10th St.**
**Winterset, IA 50273**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Keith Becker**

kbecker@agrilandfs.com

Contact

**515-462-5368**

Contact phone

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ **$138,408.67**

Value of security:    - $ **$50,000.00**
Unsecured claim    $ **$88,408.67**

---

**3**    **American Express**
P.O. Box 6550448
Dallas, TX 75265-0448

| What is the nature of the claim? | **Business Debt** | $ **$47,327.86** |

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Contact Unknown**

Contact

**800-954-0559**

Contact phone

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

Value of security:    - $ _____
Unsecured claim    $ _____

---

**4**    **CNH**
**Productivity Plus Account**
P.O. Box 790449
Saint Louis, MO 63179

| What is the nature of the claim? | **Business Debt** | $ **$115,459.21** |

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Contact Unknown**

Contact

**800-357-1837**

Contact phone

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

Value of security:    - $ _____
Unsecured claim    $ _____

---

**5**    **Crop Production Services**
**Wall Lake (Wholesale)**
P.O. Box 10
Wall Lake, IA 51466

| What is the nature of the claim? | **Business Debt** | $ **$149,582.55** |

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Anthony Wayne Salter** | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | **Mary Frances Salter** | | | |

☐ None of the above apply

**Dick Albright**

**Does the creditor have a lien on your property?**

| | ☐ No | |
|---|---|---|
| Contact | ☐ Yes. Total claim (secured and unsecured) | $ |
| **515-231-3467** | Value of security: | - $ |
| Contact phone | Unsecured claim | $ |

---

| 6 | **Cross Dillion Tire**<br>P.O. Box 81208<br>Lincoln, NE 68501 | **What is the nature of the claim?** | **Business Debt** | $ **$28,991.00** |
|---|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Jesse**

**Does the creditor have a lien on your property?**

| | ☐ No | |
|---|---|---|
| Contact | ☐ Yes. Total claim (secured and unsecured) | $ |
| **402-430-0169** | Value of security: | - $ |
| Contact phone | Unsecured claim | $ |

---

| 7 | **Discover Financial Services**<br>P.O. Box 30943<br>Salt Lake City, UT 84130-0943 | **What is the nature of the claim?** | **Business Debt** | $ **$14,574.85** |
|---|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Samantha Snyder**

**Does the creditor have a lien on your property?**

| **samanthasnyder@discover.com** | ☐ No | |
|---|---|---|
| Contact | ☐ Yes. Total claim (secured and unsecured) | $ |
| **224-405-3770** | Value of security: | - $ |
| Contact phone | Unsecured claim | $ |

---

| 8 | **Forward Financing, LLC**<br>36 Bromfield Street, Ste. 210<br>Boston, MA 02108 | **What is the nature of the claim?** | **Business Debt** | $ **$107,969.11** |
|---|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Kimberly Emerling**

**Does the creditor have a lien on your property?**

☐ No

---

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Anthony Wayne Salter** | | | |
|---|---|---|---|---|
| Debtor 2 | **Mary Frances Salter** | | Case number *(if known)* | |

**kemerling@forwardfinancing.com**

Contact

☐ Yes. Total claim (secured and unsecured)    $ _____

Value of security:                - $ _____

**617-918-7048**

Contact phone

Unsecured claim                   $ _____

---

**9**

**Heartland Ag**
P.O. Box 1070
Ames, IA 50014

What is the nature of the claim?    **Business Debt**    $ **$17,649.41**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Contact Unknown**

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

**515-292-4488**

Contact phone

Value of security:                - $ _____
Unsecured claim                   $ _____

---

**10**

**Heartland Credit Company LLC**
2829 Westown Parkway, #350
West Des Moines, IA 50266

What is the nature of the claim?    **Deferred Dividends at Co-op, Inventory, Chattel Paper, Documetns, Instruments, Accounts, Equipment, General Intangibles, Crops, Farm Products, Equipme**    $ **$485,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Don Frazer**

**dfrazer@heartlandcoop.com**

Contact

Does the creditor have a lien on your property?

☐ No
■ Yes. Total claim (secured and unsecured)    $ **$500,000.00**

**515-974-4337**

Contact phone

Value of security:                - $ **$1,715,000.00**
Unsecured claim                   $ **$485,000.00**

---

**11**

What is the nature of the claim?    **Deferred Dividends at Co-op, Inventory, Chattel Paper, Documetns, Instruments,**    $ **$350,000.00**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Anthony Wayne Salter**
Debtor 2   **Mary Frances Salter**

Case number *(if known)*

**Accounts, Equipment, General Intangibles, Crops, Farm Products, Equipme**

**Heartland Credit Company LLC**
**P.O. Box 71399**
**Clive, IA 50325**

As of the date you file, the claim is: Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Don Frazer**

Does the creditor have a lien on your property?

**dfrazer@heartlandcoop.com**
Contact

☐  No
■  Yes. Total claim (secured and unsecured)   $ **$350,000.00**

**515-974-4337**
Contact phone

Value of security:   - $ **$0.00**
Unsecured claim   $ **$350,000.00**

---

| 12 | **John Deere Financial**<br>**P.O. Box 4450**<br>**Carol Stream, IL 60197-4450** | What is the nature of the claim? | **Business Debt** | $ **$475,374.83** |

As of the date you file, the claim is: Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Chad Hefel**

Does the creditor have a lien on your property?

**hefelchadc@johndeere.com**
Contact

■  No
☐  Yes. Total claim (secured and unsecured)   $

**515-782-3978**
Contact phone

Value of security:   - $
Unsecured claim   $

---

| 13 | **Linden Aerial Spraying**<br>**18998 140th Street**<br>**Whiting, IA 51063** | What is the nature of the claim? | **Business Debt** | $ **$43,211.00** |

As of the date you file, the claim is: Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Vance Linden**

Does the creditor have a lien on your property?

Contact

■  No
☐  Yes. Total claim (secured and unsecured)   $

**712-420-8666**
Contact phone

Value of security:   - $
Unsecured claim   $

---

| 14 | | What is the nature of the claim? | **Business Debt** | $ **$160,834.28** |

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 5

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **Anthony Wayne Salter**
Debtor 2  **Mary Frances Salter**

Case number *(if known)* _____

**Merchant Cash and Capital, LLC**
**460 Park Avenue South, 10th**
**Floor**
**New York, NY 10016**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____

**Contact Unknown**

_____
Contact

**866-542-1515**
Contact phone

Value of security:                     - $ _____
Unsecured claim                         $ _____

---

**15**

**Northland Capital Financial**
**Services,LLC**
**P.O. Box 7278**
**Saint Cloud, MN 56302**

What is the nature of the claim?       **Business Debt -**
                                       **Personal Guaranty**       $ **$67,237.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____

**Contact Unknown**

**mail@northlandcapital.com**
Contact

**800-471-2122**
Contact phone

Value of security:                     - $ _____
Unsecured claim                         $ _____

---

**16**

**Northland Capital Financial**
**Services,LLC**
**P.O. Box 7278**
**Saint Cloud, MN 56302**

What is the nature of the claim?       **Business Debt -**
                                       **Personal Guaranty**       $ **$35,056.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____

**Contact Unknown**

**mail@northlandcapital.com**
Contact

**800-471-2122**
Contact phone

Value of security:                     - $ _____
Unsecured claim                         $ _____

---

**17**

**Northland Capital Financial**

What is the nature of the claim?       **Business Debt -**
                                       **Personal Guaranty**       $ **$16,652.00**

---

B 104 (Official Form 104)         For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims         Page 6

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

| Debtor 1 | **Anthony Wayne Salter** | | |
|---|---|---|---|
| Debtor 2 | **Mary Frances Salter** | Case number *(if known)* | |

**Services,LLC**
P.O. Box 7278
Saint Cloud, MN 56302

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Contact Unknown**

mail@northlandcapital.com

Contact

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

**800-471-2122**

Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**18**    **Rabo Agrifinance, LLC**
6919 Chancellor Drive
Cedar Falls, IA 50613

**What is the nature of the claim?**    **Business Debt**    $ **$252,479.16**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Contact Unknown**

CustomerConnect@RaboAg.com

Contact

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

**855-722-7766**

Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**19**    **RCIS**
3501 Thurston Ave.
Anoka, MN 55303

**What is the nature of the claim?**    **Business Debt**    $ **$133,412.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Contact Unknown**

Contact

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

**888-567-7247**

Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**20**    **Syngenta Seeds, LLC**
13783 Collections Center Dr.
Chicago, IL 60693-0137

**What is the nature of the claim?**    **Business Debt**    $ **$499,326.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1    **Anthony Wayne Salter**
Debtor 2    **Mary Frances Salter**                                    Case number *(if known)* _____

                                         ■    None of the above apply

**Sean Atwell**                                    **Does the creditor have a lien on your property?**

**sean.atwell@syngenta.com**                       ■    No
Contact                                             ☐    Yes. Total claim (secured and unsecured)    $ _____

**336-632-6129**                                         Value of security:                      - $ _____
Contact phone                                            Unsecured claim                          $ _____

---

**Part 2:**  **Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X   **/s/ Anthony Wayne Salter**                        X   **/s/ Mary Frances Salter**
    **Anthony Wayne Salter**                                **Mary Frances Salter**
    Signature of Debtor 1                                   Signature of Debtor 2


Date   **January 31, 2018**                            Date   **January 31, 2018**

B 104 (Official Form 104)                  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                    Page 8

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Anthony Wayne Salter** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Mary Frances Salter** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA, WESTERN DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B................................................................. | $ **4,808,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B..................................................... | $ **5,957,726.74** |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................................. | $ **10,765,726.74** |

### Part 2:   Summarize Your Liabilities

|  | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **9,304,177.23** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $ **0.00** |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ **2,235,894.51** |
| | **Your total liabilities** | $ **11,540,071.74** |

### Part 3:   Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $ **18,354.43** |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $ **18,616.86** |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | **Anthony Wayne Salter** | |
|----------|--------------------------|---|
| Debtor 2 | **Mary Frances Salter** | |
| | | Case number *(if known)* |

8.  **From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | **Total claim** |
|--|-----------------|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ **0.00** |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Anthony Wayne Salter** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Mary Frances Salter** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA, WESTERN DIVISION |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

---

1.1

**1085 S. 13th Ave., #402**
Street address, if available, or other description

**Blair          NE      68008-0000**
City          State    ZIP Code

**Washington**
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

■ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Condo legally described as Southridge Condominium Property Regime IV Unit 402, being a part of Tax Lot 233, Section 13, Township 18 North, Range 11, East of the 6th P.M., City of Blair, Washington County, Nebraska and a 25% undivided interest in the common elements of said Regime IV as set out in the Master Deed and any amendments thereto, of record.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$150,000.00** | **$150,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

---

Debtor 1   **Anthony Wayne Salter**
Debtor 2   **Mary Frances Salter**

Case number *(if known)* _____

**If you own or have more than one, list here:**

1.2

**2000 N. Fashion Show Dr., Unit 3221**

Street address, if available, or other description

| | | |
|---|---|---|
| **Las Vegas** | **NV** | **89109-0000** |
| City | State | ZIP Code |

**Clark**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☑ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Condo legally described as Unit 3221 in the Trump International Hotel & Tower - Las Vegas, as shown by map thereof on file in Book 139 of Plats, Page 56, and as set forth in the declaration of covenants, conditions and restrictions and reservation of easements (the "declaration") for the Trump International Hotel & Tower - Las Vegas, recorded February 22, 2008 in Book 20080222 as document no. 0004835, both in the office of the county recorder of Clark County, Nevada and an allocated interest as a tenant-in-common in the common elements of the Trump International Hotel & Tower - Las Vegas (including any annexations thereto), as shown by map thereof on file in Book 139 of Plats, Page 56, in the office of the county recorder of Clark County, Nevada, and as set forth in the declaration and a non-exclusive easement for access, ingress, egress, use, enjoyment and other purposes all as described in the declaration.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$420,000.00** | **$420,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.3

**1776 250th St.**

Street address, if available, or other description

| | | |
|---|---|---|
| **Modale** | **IA** | **51556-0000** |
| City | State | ZIP Code |

**Harrison**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☑ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Homestead on 40 acres (Kirlin Farm) (See attached legal description.)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$504,000.00** | **$504,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1   **Anthony Wayne Salter**

Debtor 2   **Mary Frances Salter**

Case number *(if known)*

**If you own or have more than one, list here:**

1.4

**Austin Avenue**

Street address, if available, or other description

| | IA | 00000-0000 |
|---|---|---|
| City | State | ZIP Code |

**Harrison**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Grain Elevator and 2 Buildings on 27.9 Acres (Gilmore Farm) (See attached legal description.)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,618,000.00 | $1,618,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property** (see instructions)

**If you own or have more than one, list here:**

1.5

**3128 Austin Ave.**

Street address, if available, or other description

| **Modale** | **IA** | **51556-0000** |
|---|---|---|
| City | State | ZIP Code |

**Harrison**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**House on 270.74 Acres (Wupper Farm) (See attached legal description.)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,116,000.00 | $2,116,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property** (see instructions)

2.   **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>**

| $4,808,000.00 |
|---|

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Anthony Wayne Salter**

Debtor 2    **Mary Frances Salter**

Case number *(if known)* _____

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

☒ Yes

| 3.1 | Make: | **Lexus** |
| | Model: | **RX450h** |
| | Year: | **2017** |
| | Approximate mileage: | **28000** |
| | Other information: | |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

**$43,000.00**    **$43,000.00**

| 3.2 | Make: | **Lexus** |
| | Model: | **SC430** |
| | Year: | **2003** |
| | Approximate mileage: | **130000** |
| | Other information: | |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

**$5,800.00**    **$5,800.00**

| 3.3 | Make: | **Lexus** |
| | Model: | **LS600hl** |
| | Year: | **2008** |
| | Approximate mileage: | **120000** |
| | Other information: | |

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

**$12,000.00**    **$12,000.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>

**$60,800.00**

**Part 3:**    **Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☒ Yes.  Describe.....

| **Household Goods and Furnishings** | **$1,700.00** |

| Debtor 1 | **Anthony Wayne Salter** |
|---|---|
| Debtor 2 | **Mary Frances Salter** |

Case number *(if known)* _____

---

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes.  Describe.....

| Electronics | $1,000.00 |
|---|---|

---

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

■ Yes.  Describe.....

| Coin Collection | $1,000.00 |
|---|---|

---

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No

☐ Yes.  Describe.....

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

■ Yes.  Describe.....

| Shotgun, Pistol | $400.00 |
|---|---|

---

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes.  Describe.....

| Clothes | $100.00 |
|---|---|

---

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes.  Describe.....

| Jewelry | $200.00 |
|---|---|

| Wedding Rings | $500.00 |
|---|---|

---

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

■ No

☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes.  Give specific information.....

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Anthony Wayne Salter** |
|---|---|
| Debtor 2 | **Mary Frances Salter** |

Case number *(if known)* _____

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................................

**$4,900.00**

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the **portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.........................................................................................

   Cash                 **$0.00**

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................                    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **TS Bank** | **$69.00** |
| 17.2. | **Checking** | **TS Bank** | **$0.00** |
| 17.3. | **Checking** | **American National Bank** | **$70,000.00** |
| 17.4. | **Checking** | **American National Bank** | **$6,000.00** |
| 17.5. | **Hedge** | **R.J. O'Brien** | **$2,000.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☐ No
   ■ Yes.................                    Institution or issuer name:

   **Heartland Coop Stock**                    **$14,144.00**

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................
                    Name of entity:                    % of ownership:

   **Salter Farms, LLC (Debts exceed assets)**    **100** %    **$0.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Anthony Wayne Salter**
Debtor 2   **Mary Frances Salter**

Case number *(if known)*

☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **Fidelity** | **$27,000.00** |
| **IRA** | **Fidelity** | **$77,330.07** |
| **TSP** | **Veteran's Administration** | **$326,000.00** |
| **FERS** | **Veteran's Administration (Monthly Benefit upon Retirement)** | **Unknown** |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ....................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☐ No
■ Yes.  Give specific information about them...

| | |
|---|---|
| **Nursing License** | **$0.00** |

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

| Debtor 1 | **Anthony Wayne Salter** | | |
|---|---|---|---|
| Debtor 2 | **Mary Frances Salter** | Case number *(if known)* | |

**28.  Tax refunds owed to you**

☐ No

■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | |
|---|---|
| Tax Refunds | Federal and State | $2,000.00 |

**29.  Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30.  Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

■ Yes.  Give specific information..

| | |
|---|---|
| Accrued, unpaid wages including any wages previously garnished or currently being held by any entity. | $1,000.00 |

**31.  Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Business Auto, Farm Property and Workers Compensation Insurance with Nationwide | | Unknown |
| Agricultural Equipment Insurance Policy with Chubb Group of Insurance Companies (tractors) | | Unknown |
| Homeowner's Insurance Policy with Nationwide Affinity Insurance Company (Blair House) | | Unknown |
| Personal Vehicle Insurance Policy with Wadena Insurance Company | | Unknown |
| Homeowner's Insurance Policy with State Farm (Las Vegas Condo) | Spouse | $0.00 |
| Whole Life Insurance Policy through New York Life insuring Debtor 1 (Face Value = $250,000) | Debtor 2 | $60,124.60 |

| Debtor 1 | **Anthony Wayne Salter** | | |
|----------|--------------------------|--|--|
| Debtor 2 | **Mary Frances Salter** | | Case number *(if known)* |

| | | |
|--|--|--|
| **Whole Life Insurance Policy through New York Life insuring Debtor 1 (Face Value = $100,000)** | Debtor 2 | $36,821.92 |
| **Term Life Insurance Policy through New York Life insuring Debtor 1 (Face Value = $1,000,000)** | Debtor 2 | $0.00 |
| **Whole Life Insurance Policy through New York Life insuring Debtor 1 (Face Value = $150,000)** | Debtor 2 | $77,201.73 |
| **Whole Life Insurance Policy through New York Life insuring Debtor 2 (Face Value = $100,000)** | Debtor 1 | $30,145.65 |
| **Whole Life Insurance Policy through New York Life insuring Debtor 2 (Face Value = $100,000)** | Debtor 1 | $39,339.77 |
| **Agricultural Equipment with Riverport Insurance Company (pivots)** | | $0.00 |
| **Term Life Insurance through Veteran's Administration  insuring Debtor 2 (Face Value = $66,000)** | Debtor 1 | $0.00 |
| **Professional Liability Insurance through American Casualty Company** | | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes.  Describe each claim.........

    | **Pending Claim against United States of America for alleged violations of the takings clause of the 5th Amendment** | Unknown |
    |--|--|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

Debtor 1    **Anthony Wayne Salter**
Debtor 2    **Mary Frances Salter**

Case number *(if known)*

36.    **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here**..................................................................................................................

$769,176.74

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37.    **Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes.  Go to line 38.

---

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46.    **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☐ No. Go to Part 7.
☒ Yes.  Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

47.    **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
☒ No
☐ Yes................

48.    **Crops—either growing or harvested**
☐ No
☒ Yes. Give specific information.....

| | |
|---|---|
| 450,000 bu. of corn of which 250,000 bu. is contracted at $4.06/bu. | $1,715,000.00 |

49.    **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☐ No
☒ Yes................

| | |
|---|---|
| Machinery & Equipment (See attached list) | $2,957,850.00 |
| Irrigation Equipment including 2012 Monona Pivot, 2013 Wupper Pivot, Cuttoff Wupper Pivot | $80,000.00 |

50.    **Farm and fishing supplies, chemicals, and feed**
☐ No
☒ Yes................

| | |
|---|---|
| Fuel | $45,000.00 |
| Propane | $25,000.00 |

51.    **Any farm- and commercial fishing-related property you did not already list**
☐ No
☒ Yes. Give specific information.....

---

Official Form 106A/B                        Schedule A/B: Property                        page 10

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1   **Anthony Wayne Salter**
Debtor 2   **Mary Frances Salter**

Case number *(if known)*

| | |
|---|---|
| USDA Government Payments | **Unknown** |
| Federal Crop Insurance Claim | **$300,000.00** |

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................................................................. | **$5,122,850.00**

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................... | **$0.00**

**Part 8:**   List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2** ................................................................................................. | | **$4,808,000.00** |
| 56. **Part 2: Total vehicles, line 5** | **$60,800.00** | |
| 57. **Part 3: Total personal and household items, line 15** | **$4,900.00** | |
| 58. **Part 4: Total financial assets, line 36** | **$769,176.74** | |
| 59. **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$5,122,850.00** | |
| 61. **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| 62. **Total personal property.** Add lines 56 through 61... | **$5,957,726.74** | Copy personal property total  **$5,957,726.74** |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$10,765,726.74** |

Legal Descriptions:

**Homestead on 40 acres (Kirlin Farm)**

A tract of land in the Northeast Quarter of the Northeast Quarter (NE 1/4 NE 1/4) in Section Twenty-one (21), Township Seventy-nine (79), North Range Forty-four (44), West of the 5th P.M., Harrison County, Iowa, more particularly described as:  Beginning at the northwest corner of the NE ¼ NE ¼ in Section 21, Township 79 North, Range 44 West Harrison County, Iowa; thence running south on said quarter quarter line 298.5 feet to an iron pin; thence running east 275.3 feet to an iron pin; thence running north 298.5 feet to an iron pin on the section line; thence running west 275.3 feet on said section line to the point of beginning; containing 1.8 acres more or less.

AND

The Northwest Quarter of the Northeast Quarter (NW ¼ NE ¼) of Section Twenty-one (21), Township Seventy-nine (79) North, Range Forty-four (44) West of the 5th P.M., in Harrison County, Iowa.

**Grain Elevator and 2 Buildings on 27.9 Acres (Gilmore Farm)**

Lot B of the Correction Plat of Salter Subdivision of Government Lot Seven (7) of Section Four (4), Township Seventy-eight (78) North, Range Forty-five (45) West of the 5th P.M., as platted in Book 2016 Page 0357 of the Harrison County Recorder's Office on February 17, 2016.
AND
The North 183 feet of Lot C of the Salter Subdivision of Government Lot Seven (7) of Section Four (4), Township 78 North, Range Forty-five (45) West of the 5th P.M., Harrison County, Iowa as platted in Book 2015 Page 1792 of the Harrison County Recorder's Office on August 13, 2015.

AND

Lot E and Lot F of the Salter Subdivision of Government Lot 7 of Section 4, Township 78 North, Range 45 West of the 5th P.M., as platted in Book 2015 Page 1792 of the Harrison County Recorder's Office on August 13, 2015

**House on 270.74 Acres (Wupper Farm)**

The Southwest Quarter of the Northeast Quarter (SW1/4 NE1/4); and Government Lot Three (3); all of Government Lot Two (2) Except 33 ½ rods off the West side thereof, and Except the railroad right of way, in Section Seventeen (17); all in Township Seventy-eight (78) North, Range Forty-five (45) West of the 5th P.M., Harrison County, Iowa.
EXCEPT the tracts deeded to the Union Pacific Railroad Company by the Trustee's Deed recorded in Book 2011 Page 0955 filed April 20, 2011.
EXCEPT Parcel "B" of Colwell's survey of part of Lot 2 of the SE1/4 NW1/4 of Section 17,

Township 78 North, Range 45 West of the 5th P.M., Harrison County, Iowa.  Said survey being recorded in Book 2003 at Page 0400 of the records of the Harrison County Recorder.

AND

The South Half of the Northwest Quarter (S1/2 NW1/4), and the North Half of the Southwest Quarter (N1/2 SW1/4) of Section Sixteen (16), Township Seventy-eight (78) North, Range Forty-five (45) West of the 5th P.M., Harrison County, Iowa, excepting right of way for railroad.
EXCEPT the tracts deeded to the Union Pacific Railroad Company by the Trustee's Deed recorded in Book 2011 Page 0920 filed April 18, 2011

AND

That part of the NW ¼ SE ¼ NW ¼ of Section 17, Township 78 North, Range 45 West of the 5th P.M., that lies North and East of the County Road, Harrison County, Iowa.

| Anthony and Mary Salter Equipment List | | | | |
| --- | --- | --- | --- | --- |
| Year | Make/Model | Description | SN# | Value |
| | TRACTORS | | | |
| 1983 | STEIGER KP 1360 | Tractor | 82076409 | $38,000 |
| 2010 | CASE IH  535 QUADTRAC | QuadTrac | ZAF118228 | $177,000 |
| 2001 | CASE IH STX 375 | QuadTrac | JEE0098076 | $67,500 |
| 2009 | JD 8345RT | Tractor | 1RW8345CAD92062 | $157,500 |
| 2013 | CASE IH ROWTRAC 450 | QuadTrac | ZDF135768 | $255,000 |
| 2004 | CAT MT 755 | Tractor | CMT755TALM20258 | $65,000 |
| 2001 | CASE IH MX200 MFD | Tractor | JJA0106771 | $58,000 |
| 1995 | CASE IH 7220 | Tractor | JJA0055090 | $42,000 |
| 2013 | CASE320ct | Skid Steer | JAFTR320JEM440430 | $41,500 |
| 1972 | IH 1468 | Restored Tractor | 2650119U007271 | $25,000 |
| 1974 | IH 1466 | Tractor | 2650114U022779 | $8,500 |
| 1976 | IH 1466 black stripe | Tractor | 29840 | $11,000 |
| 1976 | IH HYDRO 100 | Tractor | 11971 | $15,500 |
| 1984 | IH 5288 | Tractor | 1064 | $16,500 |
| 1973 | IH1066 HI CROP | Tractor | 41670 | $13,250 |
| 1970 | IH 856 HI CROP | Restored Tractor | 20933 | $15,000 |
| 1964 | IH 806 HI CROP | Tractor | 28640 | $6,000 |
| 1985 | IH 5488 | Tractor | 4025 | $20,900 |
| 1984 | IH 5088 | Tractor | 2540024005002 | $15,000 |
| 1985 | IH 3688 | Restored Tractor | 32106 | $18,500 |
| 1985 | IH 3488 HYDRO MFD | Restored Tractor | | $25,000 |
| 1983 | IH 3288 | Tractor | 1114 | $12,000 |
| 1974 | IH1566 | Tractor | 7562 | $9,500 |
| 1976 | IH1586 | Restored Tractor | 9380 | $12,000 |
| 1981 | IH 886 | Restored Tractor | 13644 | $10,500 |
| 1966 | IH 1206 | Restored Tractor | 15309 | $15,000 |
| 1965 | IH 1206 | Restored Tractor | 24898 | $15,000 |
| 1966 | IH 1206/CAB | Restored Tractor | | $15,000 |
| 1967 | ih 1206 | Restored Tractor | 11493 | $15,000 |
| 1965 | IH 1206 MFD | Tractor | | $15,000 |
| 1967 | IH 1206 WHEATLAND | Tractor | | $8,000 |
| 1963 | IH 806 WHEATLAND | Tractor | 2673 | $7,000 |
| 1963 | IH 706 WHEATLAND | Tractor | 1375 | $6,000 |
| 1970 | IH 826 | Tractor | 8142 | $750 |
| 1970 | ih 856 | Restored Tractor | 13729 | $17,500 |
| 1957 | IH 450D | Tractor | 17874 | $3,500 |
| 1963 | JOHN DEERE 3020 | Tractor | | $4,000 |
| 1956 | SUPER MTA | Restored Tractor | 72318 | $6,500 |
| 1957 | IH 400D | Restored Tractor | 6449 | $3,500 |
| 1950 | IH SUPER C | Tractor | | $1,800 |
| 1950 | IH SUPER C | Tractor | | $1,800 |
| 1950 | IH C | Tractor | 23312 | $2,500 |
| 1951 | IH C  LOADER | Tractor | 51154 | $2,500 |

| 1950 | 2 IH M | Tractor | 213775X | $2,000 |
|---|---|---|---|---|
| 1953 | IH SM / LOADER | Tractor | | $2,500 |
| 1956 | IH H | Tractor | 383398 | $850 |
| 1956 | IH TD9 | Tractor | | $5,000 |
| 1937 | IH F20 | Tractor | | $1,000 |
| 1939 | IH F20 | Tractor | | $2,200 |
| | IH M w/ 2MH | Tractor/Picker | 39158X | $2,000 |
| | IH H w/ 24 | Tractor/Picker | 335075 | $1,500 |
| 2012 | TRIMBLE FMX 1000 | Guidance | | $6,500 |
| 2012 | TRIMBLE FMX 1000 | Guidance | | $6,500 |
| 2013 | TRIMBLE FMX 1000 | Guidance | | $6,500 |
| 2009 | JD AUTO GUIDE | Guidance | | $8,000 |
| 2010 | JD AUTO GUIDE | Guidance | | $8,000 |
| 2008 | AFS ACCUGUIDE | Guidance | | $7,500 |
| 2010 | AFS ACCUGUIDE | Guidance | | $7,500 |
| 2016 | AFS ACCUGUIDE | Guidance | | $7,500 |
| | **COMBINES-HEADERS** | | | |
| 2008 | CASE IH 9120 | | Y8G0205035 | $165,000 |
| 2009 | CASE IH 3412 | | YCS039118 | $35,000 |
| 2007 | BRENT TRAILER | | | $4,500 |
| 2004 | CASE IH 2162 40' | | YCZN34267 | $4,000 |
| 2004 | BRENT TRAILER | | | $5,000 |
| 2012 | CASE IH 9230 | | YCG216150 | $195,000 |
| 2013 | CASE IH 3412 | | Y9S019471 | $35,000 |
| 2004 | BRENT TRAILER | | | $4,500 |
| 2010 | CASE IH 2162 40 | | 13291 | $40,000 |
| 2008 | BRENT TRAILER 45' | | 4789 | $5,000 |
| 2013 | CASE IH 2162 35 | | 36158 | $35,000 |
| 2008 | BRENT TRAILER 45' | | | $4,500 |
| 2010 | CASE IH 3412 | | | $45,000 |
| 2004 | BRENT TRAILER | | | $4,500 |
| | **PLANTING EQUIP** | | | |
| 2007 | JOHN DEERE 1770 | | A01770E720312 | $70,000 |
| 2009 | JOHN DEERE 1770 | | A01770E735514 | $66,000 |
| 2016 | SOUCY TRACKS | | | $20,000 |
| 2010 | JD 1890 DRILL | | AC1990S735159 | $29,000 |
| 2012 | JD 1890 DRILL | | | $29,000 |
| 2013 | J M SEED TENDER | | 1206199 | $14,000 |
| 2011 | FREISEN SEED CART | | 6729110146938 | $15,000 |
| 2012 | UNVERFERTH TENDER | | D55630219 | $12,500 |
| 2006 | BOX TENDER | | | $5,500 |
| 2013 | SEED CONVEYOR | | | $7,500 |
| 2008 | SEED TREATER | | | $21,000 |
| 2011 | BULK SEED SYSTEM | | | $107,000 |
| | **SPRAYING EQUIP** | | | |
| 2009 | CASEIH 4420 | | Y8T024443 | $90,000 |
| 2012 | 24ROW FERT MACHINE | | YCD057997 | $30,000 |

| | | | |
|---|---|---|---|
| 2016 | CAMSO TRACK UNIT | | $20,000 |
| 2010 | JD 8345RT TANKS | | $5,000 |
| 2015 | ROWTRAC 1250 TANK | | $2,500 |
| 1995 | SLIM LINE 400 | | $1,200 |
| 1997 | FERT WAGON #1 | | $1,000 |
| 2010 | SCHABEN FERT WAGON | | $5,000 |
| 2012 | PORTABLE FERT TANKS | | $4,000 |
| 2010 | YETTER 4 WHEEL STEER | | $8,000 |
| 2010 | YETTER 4 WHEEL STEER | | $8,000 |
| 1970 | SEMI TANKER | | $4,500 |
| 1973 | SEMI TANKER | | $9,000 |
| | **TILLAGE** | | |
| 2012 | SALFORD RTS EX | 125028M | $45,000 |
| 2010 | SALFORD 570 | | $27,000 |
| 1992 | JOHN DEERE 635 | R00635X000553 | $5,600 |
| 2014 | CASE IH RMX 370 | JFH0045934 | $40,000 |
| 2002 | CASE IH TIGERMATE | | $14,000 |
| 1990 | CASE IH 165 ROLL OVER PLOW | | $4,000 |
| 1985 | WIL RICH 62' | | $2,000 |
| 2008 | RHINO CUTTER | | $1,300 |
| 1970 | IH CUTTER | | $400 |
| | **WAGONS & AUGERS** | | |
| 2013 | JM 1151 TRACKS | 1205134 | $55,000 |
| 2012 | JM 1151 TRACKS | 1306533 | $55,000 |
| | JM 750 AUGER CART | 2117 | $12,000 |
| | **CULTIVATORS** | | |
| 2003 | ORTHMAN CULT | 5295-29 | $4,000 |
| 1991 | WHITE CULT | | $1,500 |
| 1991 | WHITE CULT | | $1,200 |
| 1975 | ROTARY HOE | | $300 |
| 1998 | RHINO BLADE | | $2,500 |
| 2015 | HURRICANE DITCHER | 3PT26 | $4,800 |
| 2005 | WESTENDORF LOADER | | $2,500 |
| | ATV'S  & ETC.. | | |
| 2016 | POLARIS RANGER | | $15,000 |
| 2009 | POLARIS 850 4X4 | | $7,500 |
| 2004 | POLARIS 700 | | $4,500 |
| 1989 | POLARIS 250 | | $4,500 |
| 1959 | YALE FORK LIFT | | $2,500 |
| 1995 | TOYOTA FORK LIFT | 2FDC2512639 | $500 |
| 1995 | TOYOTA FORK LIFT | 7FG2070396 | $6,000 |
| 2005 | TOYOTA FORK LIFT | 7FGCU2569591 | $10,000 |
| 2009 | TOYOTA FORK LIFT | 86644 | $10,000 |
| 2008 | DEERE 425 | | $2,500 |
| 2017 | DEERE | | $16,000 |
| 1990 | CUB CADET | 252577 | $1,500 |
| 1992 | CAR TRAILER | | $2,000 |

| | | | | |
|---|---|---|---|---|
| | IRRIGATION EQUIPMENT | | | |
| 2002 | CUMMINS 5.9 W GEN | | | $7,500 |
| 2002 | CUMMINS 5.9 W GEN | | | $7,500 |
| 2002 | CUMMINS 5.9 W GEN | | | $7,500 |
| 2002 | CUMMINS 5.9 W GEN | | | $7,500 |
| 2003 | CUMMINS MOTOR | | | $7,500 |
| 2003 | CUMMINS MOTOR | | | $7,500 |
| 2003 | DUETZ MOTOR | | | $7,500 |
| 2000 | DUETZ MOTORS | | | $7,500 |
| 2003 | DUETZ MOTOR | | | $7,500 |
| | WAGNET/FIELDNETS | | | $7,500 |
| | 2000 ' 8" PIPE | | | $3,000 |
| | 1320  8" PIPE | | | $1,500 |
| | TOTAL | | | $2,957,850 |

**Fill in this information to identify your case:**

| Debtor 1 | **Anthony Wayne Salter** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Mary Frances Salter** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA, WESTERN DIVISION | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**   **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1776 250th St. Modale, IA 51556 Harrison County Homestead on 40 acres (Kirlin Farm) (See attached legal description.)** Line from *Schedule A/B*: **1.3** | $504,000.00 | ■ $504,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code  §§ 561.2, 561.16, 499A.18** |
| **2017 Lexus RX450h 28000 miles** Line from *Schedule A/B*: **3.1** | $43,000.00 | ■ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(9)** |
| **2008 Lexus LS600hl 120000 miles** Line from *Schedule A/B*: **3.3** | $12,000.00 | ■ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(9)** |
| **Household Goods and Furnishings** Line from *Schedule A/B*: **6.1** | $1,700.00 | ■ $1,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Electronics** Line from *Schedule A/B*: **7.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Anthony Wayne Salter** |
|---|---|
| Debtor 2 | **Mary Frances Salter** |

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Shotgun, Pistol**<br>Line from *Schedule A/B*: **10.1** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(2)** |
| **Clothes**<br>Line from *Schedule A/B*: **11.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Wedding Rings**<br>Line from *Schedule A/B*: **12.2** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(1)(a)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(14)** |
| **Checking: American National Bank**<br>Line from *Schedule A/B*: **17.3** | $70,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(14)** |
| **Checking: American National Bank**<br>Line from *Schedule A/B*: **17.4** | $6,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(14)** |
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.1** | $27,000.00 | ■ $27,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(8)(e) & (f)** |
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.2** | $77,330.07 | ■ $77,330.07<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(8)(e) & (f)** |
| **TSP: Veteran's Administration**<br>Line from *Schedule A/B*: **21.3** | $326,000.00 | ■ $326,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(8)(e) & (f)** |
| **FERS: Veteran's Administration (Monthly Benefit upon Retirement)**<br>Line from *Schedule A/B*: **21.4** | Unknown | ■ Unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(8)(e) & (f)** |
| **Federal and State: Tax Refunds**<br>Line from *Schedule A/B*: **28.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(10)** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Anthony Wayne Salter** | |
|---|---|---|
| Debtor 2 | **Mary Frances Salter** | |
| | | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Accrued, unpaid wages including any wages previously garnished or currently being held by any entity.**<br>Line from *Schedule A/B*: **30.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **In Re Irish, 311 B.R. 63 (8th Cir. BAP 2004)** |
| **Whole Life Insurance Policy through New York Life insuring Debtor 1 (Face Value = $250,000) Beneficiary: Debtor 2**<br>Line from *Schedule A/B*: **31.6** | $60,124.60 | ■ $60,124.60<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code §627.6(6)** |
| **Whole Life Insurance Policy through New York Life insuring Debtor 1 (Face Value = $100,000) Beneficiary: Debtor 2**<br>Line from *Schedule A/B*: **31.7** | $36,821.92 | ■ $36,921.92<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code §627.6(6)** |
| **Term Life Insurance Policy through New York Life insuring Debtor 1 (Face Value = $1,000,000) Beneficiary: Debtor 2**<br>Line from *Schedule A/B*: **31.8** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code §627.6(6)** |
| **Whole Life Insurance Policy through New York Life insuring Debtor 1 (Face Value = $150,000) Beneficiary: Debtor 2**<br>Line from *Schedule A/B*: **31.9** | $77,201.73 | ■ $77,201.73<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code §627.6(6)** |
| **Whole Life Insurance Policy through New York Life insuring Debtor 2 (Face Value = $100,000) Beneficiary: Debtor 1**<br>Line from *Schedule A/B*: **31.10** | $30,145.65 | ■ $30,145.65<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code §627.6(6)** |
| **Whole Life Insurance Policy through New York Life insuring Debtor 2 (Face Value = $100,000) Beneficiary: Debtor 1**<br>Line from *Schedule A/B*: **31.11** | $39,339.77 | ■ $39,339.77<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code §627.6(6)** |
| **Term Life Insurance through Veteran's Administration  insuring Debtor 2 (Face Value = $66,000) Beneficiary: Debtor 1**<br>Line from *Schedule A/B*: **31.13** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code §627.6(6)** |
| *<br>Line from *Schedule A/B*: | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Unless specifically stated otherwise, the debtor intends to claim 100% of the fair market value of each item listed in this schedule as exempt.** |
| **Machinery & Equipment (See attached list)**<br>Line from *Schedule A/B*: **49.1** | $2,957,850.00 | ■ $20,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(11)** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Anthony Wayne Salter** | | |
|---|---|---|---|
| Debtor 2 | **Mary Frances Salter** | Case number (if known) | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☐　No

   　　☐　Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | **Anthony Wayne Salter** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Mary Frances Salter** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA, WESTERN DIVISION | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|

**2.1  Agrifund, LLC**
Creditor's Name

1720 23rd St.
Fremont, NE 68025
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred   **7/3/17**

Describe the property that secures the claim:
**Crops, Farm Products, Equipment, Inventory, Accounts, General Intangibles, Chattel Paper**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **NPMSI**

Last 4 digits of account number

Column A: **$1,700,000.00**   Column B: **$2,015,000.00**   Column C: **$0.00**

| | |
|---|---|

**2.2  Agriland FS Inc.**
Creditor's Name

421 N. 10th St.
Winterset, IA 50273
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Describe the property that secures the claim:
**4 double wall vertical storage tanks (bulk fertilizer plant), 20,000 gallon double wall tank (bulk fuel station), 18,000 gallon propane tank**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **PMSI**

Column A: **$138,408.67**   Column B: **$50,000.00**   Column C: **$88,408.67**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Anthony Wayne Salter**

First Name  Middle Name  Last Name

Debtor 2  **Mary Frances Salter**

First Name  Middle Name  Last Name

Case number (if know) _____

Date debt was incurred  **12/23/14**    Last 4 digits of account number _____

---

| 2.3 | **Agriland FS Inc.** | Describe the property that secures the claim: | $387,746.22 | $0.00 | $387,746.22 |
| | Creditor's Name | | | | |

**Accounts and Documents of Title, Crops, Farm Products, , Equipment**

421 N. 10th St.
Winterset, IA 50273

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **NPMSI**

Date debt was incurred  **3/29/17**    Last 4 digits of account number _____

---

| 2.4 | **CNH Industrial Capital America LLC** | Describe the property that secures the claim: | $44,010.00 | $45,000.00 | $0.00 |
| | Creditor's Name | | | | |

**Case IH 3412 Corn Head**

500 Diller Ave.
New Holland, PA 17557

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **PMSI**

Date debt was incurred _____    Last 4 digits of account number  **9025**

---

| 2.5 | **CNH Industrial Capital America LLC** | Describe the property that secures the claim: | $33,000.00 | $40,000.00 | $0.00 |
| | Creditor's Name | | | | |

**Case IH Soil Preparation 370**

500 Diller Ave.
New Holland, PA 17557

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **PSMI**

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 9

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1  **Anthony Wayne Salter**

　　　　　First Name　　　　　Middle Name　　　　　Last Name

Debtor 2  **Mary Frances Salter**

　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (if know) _____

---

| Date debt was incurred | **9/20/16** | Last 4 digits of account number | |
|---|---|---|---|

---

| 2.6 | **Deere & Company** | Describe the property that secures the claim: | **$32,000.00** | **$66,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**6400 NW 86th St.
P.O. Box 6600
Johnston, IA 50131-6630**

Number, Street, City, State & Zip Code

**John Deere 1770 Planter**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **PMSI**

---

| Date debt was incurred | **3/21/16** | Last 4 digits of account number | |
|---|---|---|---|

---

| 2.7 | **Deere & Company** | Describe the property that secures the claim: | **$25,000.00** | **$29,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**6400 NW 86th St.
P.O. Box 6600
Johnston, IA 50131-6630**

Number, Street, City, State & Zip Code

**John Deere 1990SH CCS Air Seeder 30'**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **PMSI**

---

| Date debt was incurred | **5/12/15** | Last 4 digits of account number | |
|---|---|---|---|

---

| 2.8 | **Farm Credit Services of America** | Describe the property that secures the claim: | **$36,828.76** | **$150,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**1085 S. 13th Ave., #402 Blair, NE 68008  Washington County Condo legally described as Southridge Condominium Property Regime IV Unit 402, being a part of Tax Lot 233, Section 13, Township 18 North, Range 11, East of the 6th P.M., City of B**

**P.O. Box 2409
Omaha, NE 68103-2409**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 9

Debtor 1   **Anthony Wayne Salter**

       First Name       Middle Name       Last Name

Debtor 2   **Mary Frances Salter**

       First Name       Middle Name       Last Name

Case number (if know) _____

☐ Debtor 1 and Debtor 2 only     ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another     ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a community debt**     ■ Other (including a right to offset)   **Deed of Trust**

Date debt was incurred _____   Last 4 digits of account number    **9001**

---

| 2.9 | **First Western Bank & Trust** | | | | |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:      $9,000.00      $0.0      $9,000.00

**Exacpta Uniforce for 1990 John Deere Drill**

**100 Prairie Center Drive Eden Prairie, MN 55344**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **PMSI**

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.1 0 | **Heartland Credit Company LLC** | | | | |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:      $500,000.00      $1,715,000.00      $485,000.00

**Deferred Dividends at Co-op, Inventory, Chattel Paper, Documetns, Instruments, Accounts, Equipment, General Intangibles, Crops, Farm Products, Equipment**

**2829 Westown Parkway, #350 West Des Moines, IA 50266**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **NPMSI**

Date debt was incurred   **2/16/17**    Last 4 digits of account number _____

---

| 2.1 1 | **Heartland Credit Company LLC** | | | | |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:      $350,000.00      $0.00      $350,000.00

**Deferred Dividends at Co-op, Inventory, Chattel Paper, Documetns, Instruments, Accounts, Equipment, General Intangibles, Crops, Farm Products, Equipment**

**P.O. Box 71399 Clive, IA 50325**

As of the date you file, the claim is: Check all that apply.
☐ Contingent

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1   **Anthony Wayne Salter**
           First Name          Middle Name          Last Name

Debtor 2   **Mary Frances Salter**
           First Name          Middle Name          Last Name

Case number (if know)

_____
Number, Street, City, State & Zip Code

☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **NPSMI**

**Date debt was incurred** **11/22/17**    **Last 4 digits of account number** _____

---

| 2.1 2 | **Lexus Financial Services** | | $32,000.00 | $43,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

> **2017 Lexus RX450h 28000 miles**

**P.O. Box 105386**
**Atlanta, GA 30348**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **PMSI**

**Date debt was incurred** _____    **Last 4 digits of account number** _____

---

| 2.1 3 | **New York Life Insurance Company** | | $26,055.34 | $60,124.60 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

> **Whole Life Insurance Policy through**
> **New York Life insuring Debtor 1**
> **(Face Value = $250,000)**
> **Beneficiary: Debtor 2**

**51 Madison Ave.**
**New York, NY 10010**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** _____    **Last 4 digits of account number** _____

---

| 2.1 4 | **New York Life Insurance Company** | | $27,946.33 | $36,821.92 | $0.00 |

**Describe the property that secures the claim:**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Anthony Wayne Salter**
_____    Case number (if know) _____
First Name          Middle Name          Last Name

Debtor 2  **Mary Frances Salter**
_____
First Name          Middle Name          Last Name

---

_____
Creditor's Name

**Whole Life Insurance Policy through New York Life insuring Debtor 1 (Face Value = $100,000) Beneficiary: Debtor 2**

**51 Madison Ave.**
**New York, NY 10010**
_____
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** _____

---

| 2.1 5 | **New York Life Insurance Company**

_____
Creditor's Name

**51 Madison Ave.**
**New York, NY 10010**
_____
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**    $65,230.27    $77,201.73    $0.00

**Whole Life Insurance Policy through New York Life insuring Debtor 1 (Face Value = $150,000) Beneficiary: Debtor 2**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** _____

---

| 2.1 6 | **New York Life Insurance Company**

_____
Creditor's Name

**51 Madison Ave.**
**New York, NY 10010**
_____
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**    $22,960.44    $30,145.65    $0.00

**Whole Life Insurance Policy through New York Life insuring Debtor 2 (Face Value = $100,000) Beneficiary: Debtor 1**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | **Anthony Wayne Salter** | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Mary Frances Salter** | | | | |
| | First Name | Middle Name | Last Name | | |

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.1 7 | **New York Life Insurance Company** | | $32,035.06 | $39,339.77 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**Whole Life Insurance Policy through New York Life insuring Debtor 2 (Face Value = $100,000) Beneficiary: Debtor 1**

**51 Madison Ave.
New York, NY 10010**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.1 8 | **Security National Mortgage Company** | | $294,000.00 | $420,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**2000 N. Fashion Show Dr., Unit 3221 Las Vegas, NV 89109  Clark County Condo legally described as Unit 3221 in the Trump International Hotel & Tower - Las Vegas, as shown by map thereof on file in Book 139 of Plats, Page 56, and as set fort**

**5300 S. 360 West
Salt Lake City, UT 84123**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____   Last 4 digits of account number   **5900**

---

| 2.1 9 | **Treynor State Bank** | | $1,214,518.29 | $9,487,350.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**Iowa Real Estate, 2003 Lexus, 2008 Lexis, Crops, Farm Products, Equipment, Deposit Accounts**

**15 E. Main St.
P.O. Box A
Treynor, IA 51575**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 7 of 9

| | |
|---|---|
| Debtor 1 | **Anthony Wayne Salter** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Mary Frances Salter** |
| | First Name    Middle Name    Last Name |

Case number (if know) _____

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **NPSMI**

Date debt was incurred    **4/24/15**        Last 4 digits of account number    **3101**

---

| 2.2 0 | **Treynor State Bank** | Describe the property that secures the claim: | $2,906,437.25 | $9,487,350.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**15 E. Main St.
P.O. Box A
Treynor, IA 51575**

Number, Street, City, State & Zip Code

**Iowa Real Estate, 2003 Lexus, 2008 Lexis, Crops, Farm Products, Equipment, Deposit Accounts**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **PMSI**

Date debt was incurred    **8/17/15**        Last 4 digits of account number    **3190**

---

| 2.2 1 | **Treynor State Bank** | Describe the property that secures the claim: | $1,277,695.50 | $9,487,350.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**15 E. Main St.
P.O. Box A
Treynor, IA 51575**

Number, Street, City, State & Zip Code

**Iowa Real Estate, 2003 Lexus, 2008 Lexis, Crops, Farm Products, Equipment, Deposit Accounts**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **PMSI**

Date debt was incurred    **3/7/16**        Last 4 digits of account number    **3336**

---

| 2.2 2 | **Treynor State Bank** | Describe the property that secures the claim: | $149,305.10 | $9,487,350.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**15 E. Main St.
P.O. Box A
Treynor, IA 51575**

Number, Street, City, State & Zip Code

**Iowa Real Estate, 2003 Lexus, 2008 Lexis, Crops, Farm Products, Equipment, Deposit Accounts**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 8 of 9

Debtor 1 **Anthony Wayne Salter**

| First Name | Middle Name | Last Name |

Case number (if know)

Debtor 2 **Mary Frances Salter**

| First Name | Middle Name | Last Name |

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **PMSI**

**Date debt was incurred**   3/7/16

**Last 4 digits of account number**   3337

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$9,304,177.23** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$9,304,177.23** |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Ag Resource Management**
**505 Main Street, Ste. 350**
**Fort Worth, TX 76102**

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number   **1840**

☐ Name, Number, Street, City, State & Zip Code
**CNH Industrial Capital**
**P.O. Box 3600**
**Lancaster, PA 17604-3600**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number   ___

☐ Name, Number, Street, City, State & Zip Code
**Heartland Credit Company, LLC**
**128 Third St. N.W.**
**P.O. Box 80**
**Sioux Center, IA 51250**

On which line in Part 1 did you enter the creditor?   **2.11**

Last 4 digits of account number   ___

☐ Name, Number, Street, City, State & Zip Code
**Heartland Credit Company, LLC**
**2829 Westown Parkway, #350**
**West Des Moines, IA 50266**

On which line in Part 1 did you enter the creditor?   **2.11**

Last 4 digits of account number   ___

☐ Name, Number, Street, City, State & Zip Code
**Security National Mortgage**
**MS 314771**
**P.O. Box 24771**
**Seattle, WA 98124-0771**

On which line in Part 1 did you enter the creditor?   **2.18**

Last 4 digits of account number   ___

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Anthony Wayne Salter** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Mary Frances Salter** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA, WESTERN DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:        List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

    ■ No. Go to Part 2.

    ☐ Yes.

**Part 2:        List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

| 4.1 | **American Express** | Last 4 digits of account number | **3008** | $47,327.86 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 6550448**
**Dallas, TX 75265-0448**
Number Street City State Zip Code

When was the debt incurred?        _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify        **Business Debt**

Debtor 1    **Anthony Wayne Salter**
Debtor 2    **Mary Frances Salter**

Case number (if know) _____

---

| 4.2 | **American Express** | Last 4 digits of account number | **1001** | | **$12,500.00** |

Nonpriority Creditor's Name

**P.O. Box 6550448**
**Dallas, TX 75265-0448**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Goods and Services**

---

| 4.3 | **Barclay** | Last 4 digits of account number | **1292** | | **$9,359.00** |

Nonpriority Creditor's Name

**P.O. Box 8801**
**Wilmington, DE 19899-8801**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

| 4.4 | **Capital One** | Last 4 digits of account number | **1068** | | **$1,410.51** |

Nonpriority Creditor's Name

**P.O. Box 30285**
**Salt Lake City, UT 84130-0285**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Goods and Services**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Anthony Wayne Salter**
Debtor 2  **Mary Frances Salter**

Case number (if know)

---

| 4.5 | **Chase Freedom** | | Last 4 digits of account number | **9190** | $1,684.19 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O .Box 15145**
**Wilmington, DE 19850**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

| 4.6 | **Chase Ink** | | Last 4 digits of account number | **3864** | $6,905.04 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 15145**
**Wilmington, DE 19850**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

| 4.7 | **CNH** | | Last 4 digits of account number | **0913** | $115,459.21 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Productivity Plus Account**
**P.O. Box 790449**
**Saint Louis, MO 63179**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

Debtor 1   **Anthony Wayne Salter**
Debtor 2   **Mary Frances Salter**

Case number *(if know)*

---

| 4.8 | **Crop Production Services** | Last 4 digits of account number   **1008** | **$149,582.55** |

Nonpriority Creditor's Name
**Wall Lake (Wholesale)**
**P.O. Box 10**
**Wall Lake, IA 51466**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt**

---

| 4.9 | **Cross Dillion Tire** | Last 4 digits of account number | **$28,991.00** |

Nonpriority Creditor's Name
**P.O. Box 81208**
**Lincoln, NE 68501**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt**

---

| 4.10 | **Decision One** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**7633 E. 63rd Pl., Ste. 300**
**Tulsa, OK 74133**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt**

---

Debtor 1 **Anthony Wayne Salter**
Debtor 2 **Mary Frances Salter**

Case number (if know) _____

---

| 4.1 1 | **Discover Financial Services** | Last 4 digits of account number _____ | $14,574.85 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 30943**
**Salt Lake City, UT 84130-0943**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt**

---

| 4.1 2 | **EFS Credit Trust** | Last 4 digits of account number **3632** | $13,900.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**50 Washington St., 10th Fl.**
**Norwalk, CT 06854**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt -  Personal Guaranty**

---

| 4.1 3 | **Fast Income Servicing** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**1608 S. Ashland Ave. #35697**
**Chicago, IL 60604**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt**

---

Debtor 1  **Anthony Wayne Salter**

Debtor 2  **Mary Frances Salter**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.1 4** | **Forward Financing, LLC** | |

Nonpriority Creditor's Name

**36 Bromfield Street, Ste. 210**

**Boston, MA 02108**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **7FDS**

**When was the debt incurred?**    **4/17/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

$107,969.11

---

| | | |
|---|---|---|
| **4.1 5** | **Gawley Tire and Repair, Inc.** | |

Nonpriority Creditor's Name

**2139 Street F24**

**Irwin, IA 51446**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    _____

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

$4,289.21

---

| | | |
|---|---|---|
| **4.1 6** | **Halbur** | |

Nonpriority Creditor's Name

**115 E. 1st St.**

**P.O. Box 31**

**Halbur, IA 51444**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **LT01**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

$8,397.77

---

Debtor 1  **Anthony Wayne Salter**

Debtor 2  **Mary Frances Salter**

Case number (if know) _____

| 4.17 | **Heartland Ag** | Last 4 digits of account number _____ | $17,649.41 |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 1070**

**Ames, IA 50014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt**

---

| 4.18 | **John Deere Financial** | Last 4 digits of account number  **1978** | $475,374.83 |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 4450**

**Carol Stream, IL 60197-4450**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt**

---

| 4.19 | **Linden Aerial Spraying** | Last 4 digits of account number _____ | $43,211.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**18898 140th Street**

**Whiting, IA 51063**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt**

---

Debtor 1   **Anthony Wayne Salter**
Debtor 2   **Mary Frances Salter**

Case number (if know) _____

| 4.2 0 | **Merchant Cash and Capital, LLC** | Last 4 digits of account number _____ | **$160,834.28** |
|---|---|---|---|

Nonpriority Creditor's Name
**460 Park Avenue South, 10th Floor**
**New York, NY 10016**
Number Street City State Zip Code

When was the debt incurred?   **4/6/17**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.2 1 | **Mo. Valley Impl., Inc.** | Last 4 digits of account number   **2571** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 430**
**Missouri Valley, IA 51555**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.2 2 | **Northland Capital Financial Services,LLC** | Last 4 digits of account number _____ | **$16,652.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 7278**
**Saint Cloud, MN 56302**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Personal Guaranty**

---

Debtor 1   **Anthony Wayne Salter**
Debtor 2   **Mary Frances Salter**

Case number *(if know)* _____

---

| 4.2 3 | | | |
|---|---|---|---|

**Northland Capital Financial Services,LLC**
Nonpriority Creditor's Name
**P.O. Box 7278**
**Saint Cloud, MN 56302**
Number Street City State Zip Code

Last 4 digits of account number   **4002** _____   $67,237.00

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Personal Guaranty** _____

---

| 4.2 4 | | | |
|---|---|---|---|

**Northland Capital Financial Services,LLC**
Nonpriority Creditor's Name
**P.O. Box 7278**
**Saint Cloud, MN 56302**
Number Street City State Zip Code

Last 4 digits of account number _____   $35,056.00

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Personal Guaranty** _____

---

| 4.2 5 | | | |
|---|---|---|---|

**Rabo Agrifinance, LLC**
Nonpriority Creditor's Name
**6919 Chancellor Drive**
**Cedar Falls, IA 50613**
Number Street City State Zip Code

Last 4 digits of account number   **7298** _____   $252,479.16

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt** _____

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Anthony Wayne Salter**
Debtor 2  **Mary Frances Salter**

Case number *(if know)*

---

| 4.2 6 | **RCIS** | Last 4 digits of account number | **9527;9531** | **$133,412.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3501 Thurston Ave.**
**Anoka, MN 55303**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.2 7 | **Syngenta Seeds, LLC** | Last 4 digits of account number | | **$499,326.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**13783 Collections Center Dr.**
**Chicago, IL 60693-0137**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.2 8 | **US Bank** | Last 4 digits of account number | **1512** | **$10,090.17** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Bankruptcy/Recovery Dept**
**P.O. Box 5529**
**Cincinnati, OH 45201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1  **Anthony Wayne Salter**

Debtor 2  **Mary Frances Salter**

Case number *(if know)*

| | |
|---|---|
| **4.2 9** | **US Bank** |

Nonpriority Creditor's Name

**Bankruptcy/Recovery Dept**
**P.O. Box 5529**
**Cincinnati, OH 45201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3204**          **$2,222.36**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Goods and Services**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Capital One Bank (USA), N.A.**
**P.O. Box 6492**
**Carol Stream, IL 60197-6492**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Northland Capital Financial Services LLC**
**333 33rd Ave. South**
**Saint Cloud, MN 56301**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Rabo Agrifinance**
**P.O. Box 410650**
**Saint Louis, MO 63141-0650**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**U.S. Bank**
**P.O. Box 790408**
**Saint Louis, MO 63179-0408**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $        0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $        0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $        0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $        0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $        0.00 |
| | | | | Total Claim |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Anthony Wayne Salter**

Debtor 2   **Mary Frances Salter**

Case number (if know) _____

| | | | | |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $               **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $               **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $               **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $        **2,235,894.51** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $        **2,235,894.51** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Anthony Wayne Salter** |
| | First Name　　　　　Middle Name　　　　　Last Name |
| Debtor 2 | **Mary Frances Salter** |
| (Spouse if, filing) | First Name　　　　　Middle Name　　　　　Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA, WESTERN DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.　**Do you have any executory contracts or unexpired leases?**
　　☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
　　■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.　**List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Alan K. and Marlene A. Lomax, Trustees**<br>**c/o Joe Lally**<br>**5415 143rd Ave. SE**<br>**Bellevue, WA 98006** | **Debtor is leasing 159 tillable acres for $270/acre ($42,452) due 3/1/18.** |
| 2.2 | **Barb's 5, L.L.C.**<br>**c/o Bill Bracker**<br>**226 S. 6th St.**<br>**Council Bluffs, IA 51501** | **Debtor is leasing 120 tillable acres for $250/acre ($30,000) with $15,000 due 3/1/18 and $15,000 due 11/1/18.** |
| 2.3 | **Barb's 5, L.L.C.**<br>**c/o Bill Bracker**<br>**226 S. 6th**<br>**Council Bluffs, IA 51501** | **Debtor is leasing 182  tillable acres for $250/acre ($45,500) with $22,750 due 3/1/18 and $22,750 due 11/1/18.** |
| 2.4 | **Bert Neilsen Jr.**<br>**2653 Garland Ave.**<br>**Modale, IA 51556** | **Debtor is leasing 80 tillable acres for $250/acre ($20,000) due 3/1/18.** |
| 2.5 | **C.W. Kellogg Farms**<br>**2947 Eagle Ridge Dr.**<br>**Missouri Valley, IA 51555** | **Debtor is leasing 100 tillable acres for $202.50/acre ($20,250) due 3/1/18.** |
| 2.6 | **Charles A. Salter**<br>**16961 Poppleton Ave.**<br>**Omaha, NE 68130** | **Debtor is leasing 167 tillable acres for $225/acre ($37,575) due 3/1/18.** |
| 2.7 | **Dart, Inc.**<br>**26057 South Ridge Road**<br>**Elwood, IL 60421** | **Debtor is leasing 2,522 tillable acres for $225/acre ($567,450) 3/1/18.** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

Debtor 1    **Anthony Wayne Salter**
Debtor 2    **Mary Frances Salter**                                      Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
| --- | --- |
| 2.8  **Fulton**<br>**c/o Famers National Co.**<br>**11516 Nicholas St., #100**<br>**Omaha, NE 68154** | **Debtor is leasing 80 tillable acres for $275/acre ($22,000) due 3/1/18.** |
| 2.9  **Gary Deitering**<br>**c/o Dean Jennings**<br>**523 6th Avenue**<br>**Council Bluffs, IA 51503** | **Debtor is leasing 40 tillable acres for $250/acre ($10,000) due 3/1/18.** |
| 2.10  **George Whitmore**<br>**14105 N. 47th**<br>**Omaha, NE 68152** | **Debtor is leasing 89 tillable acres for $268.82/acre ($23,925) 3/1/18.** |
| 2.11  **Jeanne R. McCallum**<br>**5910 Morningside Ave.**<br>**Sioux City, IA 51106** | **Debtor is leasing 73.1 tillable acres for $300/acre ($21,930) due 3/1/18.** |
| 2.12  **Jim and Helen Young**<br>**c/o Ed Spencer**<br>**322 E. 7th St.**<br>**Logan, IA 51546** | **Debtor is leasing 169 tillable acres for $250/acre ($42,250) due 3/1/18.** |
| 2.13  **Jim Barta**<br>**c/o Ed Spencer**<br>**322 E. 7th St.**<br>**Logan, IA 51546** | **Debtor is leasing 326.8 tillable acres for $270/acre ($88,236) with $44,118 due 3/1/18 and $44,118 due 11/1/18.** |
| 2.14  **Joan Tomlin**<br>**9414 N. 87th**<br>**Scottsdale, AZ 85258** | **Debtor is leasing 153 tillable acres for $215/acre ($32,937) due 3/1/18.** |
| 2.15  **John Vana**<br>**10301 240th St.**<br>**Council Bluffs, IA 51503** | **Debtor is leasing 71 tillable acres for $250/acre ($17,750) due 3/1/18.** |
| 2.16  **Joseph P. Sandbothe Trust & Jeanette C.**<br>**  Sandbothe Family Trust**<br>**1120 Simms Ave.**<br>**Council Bluffs, IA 51503** | **Debtor is leasing 118 tillable acres for $300/acre ($35,400) due 3/1/18.** |
| 2.17  **Joy Leaders**<br>**13002 S. 60th St.**<br>**Papillion, NE 68133** | **Debtor is leasing 130 tillable acres for $275/acre ($35,750) due 3/1/18.** |
| 2.18  **Joyce Grable**<br>**11758 County Road 38**<br>**Blair, NE 68008** | **Debtor is leasing 150 tillable acres for $200/acre ($30,000) due 3/1/18.** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1   **Anthony Wayne Salter**
Debtor 2   **Mary Frances Salter**

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.19 **Klauser Trust LLC**<br>**c/o Herbert M. Sampson III**<br>**633 Park River Place**<br>**Estes Park, CO 80517** | **Debtor is leasing 168 tillable acres for $250/acre ($42,000) due 3/1/18.** |
| 2.20 **Loutomco, Inc.**<br>**c/o Roger Leaders**<br>**13002 S. 60th St.**<br>**Papillion, NE 68133** | **Debtor is leasing 116 tillable acres for $275/acre ($31,900) due 3/1/18.** |
| 2.21 **Marcella Deschamp**<br>**363-acc 821 Lucy Dr.**<br>**Alamo, TX 78516** | **Debtor is leasing 230 tillable acres for $270/acre ($62,100) due 3/1/18.** |
| 2.22 **Plum Investments**<br>**Doug Goracke**<br>**2016 Commerce Dr.**<br>**Red Oak, IA 51566** | **Debtor is leasing 955 tillable acres for $270/acre ($257,850) due 3/1/18.** |
| 2.23 **Rick and Connie Volz**<br>**c/o Agri Valley Management**<br>**P.O. Box 180**<br>**Mineola, IA 51554** | **Debtor is leasing 163.97 tillable acres for $200/acre ($32,794) due 3/1/18.** |
| 2.24 **Robert Deitering**<br>**c/o Dean Jennings**<br>**523 6th Avenue**<br>**Council Bluffs, IA 51503** | **Debtor is leasing 256 tillable acres for $250/acre ($64,000) with $32,000 due 3/1/18 and $32,000 due 11/1/18.** |
| 2.25 **Robert E. and Sally J. Ambrose Family**<br>**   Limited Partnership**<br>**182 Ambrose Road**<br>**Stahlstown, PA 15687** | **Debtor is leasing 937 tillable acres for $170/acre ($159,290) due 3/15/18.** |
| 2.26 **Robert E. Sweeney**<br>**c/o Hertz Farm Management**<br>**11717 M Circle**<br>**Omaha, NE 68137** | **Debtor is leasing 160 tillable acres for $205.63/acre ($32,900) due 3/1/18.** |
| 2.27 **Rocking K Ranch, LLC**<br>**12029 No. 123rd Way**<br>**Scottsdale, AZ 85259** | **Debtor is leasing 326 tillable acres for $280/acre ($91,280) due 3/15/18.** |
| 2.28 **Roger Leaders**<br>**13002 S. 60th St.**<br>**Papillion, NE 68133** | **Debtor is leasing 120 tillable acres for $275/acre ($33,000) due 3/1/18.** |
| 2.29 **Rumsey Trust**<br>**c/o Farmers National Co.**<br>**11516 Nicholas St., #100**<br>**Omaha, NE 68154** | **Debtor is leasing 112 tillable acres for $200/acre ($22,400) due 3/1/18.** |

| Debtor 1 | **Anthony Wayne Salter** | | |
|---|---|---|---|
| Debtor 2 | **Mary Frances Salter** | Case number *(if known)* | |

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.30 **Ted Vatnsdal**<br>**11784 Wedgeport Ln.**<br>**Fishers, IN 46037** | **Debtor is leasing 307 tillable acres for $250/acre**<br>**($76,750) due 3/1/18.** |
| 2.31 **The James E. B. Stuart Living Trust**<br>**c/o Robert C. Stuart**<br>**7967 Ponderosa Dr.**<br>**Papillion, NE 68046** | **Debtor is leasing 80 tillable acres for $225/acre ($18,000)**<br>**due 3/1/18.** |
| 2.32 **TNT2000, LLC**<br>**c/o Hertz Farm Management, Inc.**<br>**11717 M Cir.**<br>**Omaha, NE 68137** | **Debtor is leasing 457 tillable acres for $260/acre**<br>**($118,820) with $59,410 due 3/1/18 and $59,410 due**<br>**11/1/18.** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Anthony Wayne Salter** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Mary Frances Salter** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA, WESTERN DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1  **Salter Farms, LLC** 1776 250th St. Modale, IA 51556 | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.23**__ ☐ Schedule G _____ **Northland Capital Financial Services,LLC** |
| 3.2  **Salter Farms, LLC** 1776 250th St. Modale, IA 51556 | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.12**__ ☐ Schedule G _____ **EFS Credit Trust** |
| 3.3  **Salter Farms, LLC** 1776 250th St. Modale, IA 51556 | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.13**__ ☐ Schedule G _____ **Fast Income Servicing** |

| Debtor 1 | **Anthony Wayne Salter** **Mary Frances Salter** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.4 | **Salter Farms, LLC** **1776 250th St.** **Modale, IA 51556** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.22__ ☐ Schedule G _____ **Northland Capital Financial Services,LLC** |
| 3.5 | **Salter Farms, LLC** **1776 250th St.** **Modale, IA 51556** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.24__ ☐ Schedule G _____ **Northland Capital Financial Services,LLC** |
| 3.6 | **Salter Farms, LLC** **1776 250th St.** **Modale, IA 51556** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.28__ ☐ Schedule G _____ **US Bank** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Anthony Wayne Salter** |
| Debtor 2 (Spouse, if filing) | **Mary Frances Salter** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA, WESTERN DIVISION |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | **Farmer** | **LNP** |
| | Employer's name | **Self-Employed** | **Department of Veterans Affairs** |
| | Employer's address | **1776 250th St.<br>Modale, IA 51556** | **4101 Woolworth Ave.<br>Omaha, NE 68105** |
| | How long employed there? | **40 years** | **16 years** |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $            0.00 | $        7,285.79 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$            0.00 | +$            0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $            0.00 | $        7,285.79 |

| Debtor 1 | **Anthony Wayne Salter** |
|---|---|
| Debtor 2 | **Mary Frances Salter** |

Case number (*if known*) _____

|  |  | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | $ | 0.00 | $  7,285.79 |

**5.   List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $  0.00 | $  1,320.54 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $  0.00 | $  786.56 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $  0.00 | $  0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $  0.00 | $  0.00 |
| 5e. | **Insurance** | 5e. | $  0.00 | $  797.18 |
| 5f. | **Domestic support obligations** | 5f. | $  0.00 | $  0.00 |
| 5g. | **Union dues** | 5g. | $  0.00 | $  27.08 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $  0.00 + | $  0.00 |

| | | | | |
|---|---|---|---|---|
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $  0.00 | $  2,931.36 |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $  0.00 | $  4,354.43 |

**8.   List all other income regularly received:**

| | | | | |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $  14,000.00 | $  0.00 |
| 8b. | **Interest and dividends** | 8b. | $  0.00 | $  0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $  0.00 | $  0.00 |
| 8d. | **Unemployment compensation** | 8d. | $  0.00 | $  0.00 |
| 8e. | **Social Security** | 8e. | $  0.00 | $  0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $  0.00 | $  0.00 |
| 8g. | **Pension or retirement income** | 8g. | $  0.00 | $  0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $  0.00 + | $  0.00 |

| | | | | |
|---|---|---|---|---|
| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $  14,000.00 | $  0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $  14,000.00 | + $  4,354.43 | = $  18,354.43 |

**11.   State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.  +$  0.00

**12.   Add the amount in the last column of line 10 to the amount in line 11.**   The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12. | $  18,354.43

**Combined monthly income**

**13.   Do you expect an increase or decrease within the year after you file this form?**

■   No.

☐   Yes. Explain:  | Debtor 2 also works part-time as an adjunct professor at Bellevue University.  However, she does not entered into any agreements to teach yet in 2018.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Anthony Wayne Salter** |
| Debtor 2 (Spouse, if filing) | **Mary Frances Salter** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA, WESTERN DIVISION |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   ■ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes.  Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 2,183.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 51.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 150.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 1,220.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

| Debtor 1 | **Anthony Wayne Salter** | | |
|---|---|---|---|
| Debtor 2 | **Mary Frances Salter** | | Case number (if known) |

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | **300.00** |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | **100.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **650.00** |
| | 6d. | Other. Specify: | 6d. | $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. | $ | **800.00** |
| 8. | **Childcare and children's education costs** | | 8. | $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | **200.00** |
| 10. | **Personal care products and services** | | 10. | $ | **50.00** |
| 11. | **Medical and dental expenses** | | 11. | $ | **0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | **800.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | **50.00** |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | **715.00** |
| | 15b. | Health insurance | 15b. | $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. | $ | **207.00** |
| | 15d. | Other insurance. Specify: **Farm and Workers' Compensation** | 15d. | $ | **7,109.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | **0.00** |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | **709.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| | 17c. | Other. Specify: | 17c. | $ | **0.00** |
| | 17d. | Other. Specify: | 17d. | $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | **3,322.86** |
| | 20b. | Real estate taxes | 20b. | $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify: | | 21. | +$ | **0.00** |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **18,616.86** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | **18,616.86** |

| | | | | |
|---|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | **18,354.43** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | **18,616.86** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | **-262.43** |

| | |
|---|---|
| 24. | **Do you expect an increase or decrease in your expenses within the year after you file this form?** For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage? |

■ No.

☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Anthony Wayne Salter** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Mary Frances Salter** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA, WESTERN DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Anthony Wayne Salter** | X **/s/ Mary Frances Salter** |
|---|---|
| **Anthony Wayne Salter** | **Mary Frances Salter** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **January 31, 2018** | Date **January 31, 2018** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Anthony Wayne Salter** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Mary Frances Salter** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA, WESTERN DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

☑ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For the calendar year before that:** (January 1 to December 31, 2016 ) | ☐ Wages, commissions, bonuses, tips | $7,150,103.00 | ☑ Wages, commissions, bonuses, tips | $66,558.00 |
| | ☑ Operating a business | | ☐ Operating a business | |

Debtor 1  **Anthony Wayne Salter**

Debtor 2  **Mary Frances Salter**

Case number *(if known)* _____

---

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No

   ■ Yes. Fill in the details.

|  | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| For last calendar year: (January 1 to December 31, 2017 ) | **2016 Federal ($740) and NE ($953) Tax Refunds** | $1,693.00 | | |
| For the calendar year before that: (January 1 to December 31, 2016 ) | **Interest / Dividends** | $41.00 | | |

---

**Part 3:**  **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

   ☐ No.  Go to line 7.

   ■ Yes  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.  Go to line 7.

   ☐ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Treynor State Bank 15 E. Main St. P.O. Box A Treynor, IA 51575** | **12/2017** | **$615,000.00** | **$5,547,956.14** | ■ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other___ |
| **Agrifund, LLC 1720 23rd St. Fremont, NE 68025** | **Debtor has been paying Agrifund from the sale of his grain as they are the first lienholder.** | **Unknown** | **$1,700,000.00** | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ■ Suppliers or vendors ☐ Other___ |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | **Anthony Wayne Salter** | |
|---|---|---|
| Debtor 2 | **Mary Frances Salter** | Case number *(if known)* |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Jim Barta**<br>**c/o Ed Spencer**<br>**322 E. 7th St.**<br>**Logan, IA 51546** | 11/15/17 | $44,118.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  Cash rent |
| **Barb's 5, L.L.C.**<br>**c/o Bill Bracker**<br>**226 S. 6th**<br>**Council Bluffs, IA 51501** | 11/21/17 | $37,750.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Cash rent** |
| **Heartland Credit Company LLC**<br>**2829 Westown Parkway, #350**<br>**West Des Moines, IA 50266** | 11/21/17 | $328,124.46 | $500,000.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>■ Suppliers or vendors<br>☐ Other__ |
| **John Deere Financial**<br>**P.O. Box 4450**<br>**Carol Stream, IL 60197-4450** | 10/17/17, 11/11/17,<br>11/21/17, 1/30/18 | $12,541.00 | $475,374.83 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| **CNH**<br>**Productivity Plus Account**<br>**P.O. Box 790449**<br>**Saint Louis, MO 63179** | 11/21/17, 1/30/18 | $21,383.00 | $115,459.21 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Anthony Wayne Salter** |
|---|---|
| Debtor 2 | **Mary Frances Salter** |

Case number *(if known)* _____

| **Part 4:** | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Treynor State Bank v. Salter Farms, LLC, Anthony Wayne Salter, Mary Frances Salter**<br>**04431 EQCV030349** | **Replevin** | **Iowa District Court for Harrison County**<br>**111 N. 2nd Ave.**<br>**Martin, PA 15460** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Ideker Farms, Inc., et al v. United States of America**<br>**14-183L** | **Violations of Takings Clause of 5th Amendment** | **U.S. Court of Federal Claims**<br>**Howard T. Markey National Courts Bldg**<br>**717 Madison Place NW**<br>**Washington, DC 20439** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Forward Financing, LLC v. Salter Farms and Anthony Salter**<br>**1:17-CV-11567-FDS** | **Collection** | **U.S. District Court for the District of Massachusetts**<br>**1 Courthouse Way**<br>**Boston, MA 02210** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

| **Part 5:** | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

| Debtor 1 | **Anthony Wayne Salter** | | |
|---|---|---|---|
| Debtor 2 | **Mary Frances Salter** | Case number *(if known)* | |

**14.** **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address **(Number, Street, City, State and ZIP Code)** | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

**Part 6:    List Certain Losses**

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 7:    List Certain Payments or Transfers**

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☐■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Credit Advisors<br>1818 South 72nd Street<br>Omaha, NE 68124-1704 | Money | 12/21/17 | $25.00 |
| Telpner Peterson Law Firm, LLP<br>25 Main Place, Suite 200<br>P.O. Box 248<br>Council Bluffs, IA 51502-0248<br>nhughes@telpnerlaw.com | Debtors paid Telpner Peterson a $25,000 retainer for Chapter 11 bankruptcy services.<br>$11,353.75 Attorney Fees prior to filing<br>$1,717 Filing Fee<br>Telpner Peterson is still holding $11,929.25 in its trust account. | 1/5/18, 1/15/18 | $25,000.00 |

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No
☐■ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Gail Murphy<br>Equity Financial Resources, Inc.<br>6317 N.E. Antioch Rd., Ste. 104<br>Kansas City, MO 64119 | Money | 2017 | $20,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Anthony Wayne Salter**
Debtor 2    **Mary Frances Salter**

Case number *(if known)*

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Salvo, Deren, Schenck, Gross, Swain & Argotsinger, P.C.**<br>**711 Court Street**<br>**Harlan, IA 51537** | **Money** | **2017** | **$3,800.00** |
| **Koley Jessen, P.C., L.L.O.**<br>**One Pacific Place, Ste. 800**<br>**1125 South 103rd Street**<br>**Omaha, NE 68124** | **Money** | **2017** | **$5,000.00** |
| **Decision One**<br>**7633 E. 63rd Pl., Ste. 300**<br>**Tulsa, OK 74133** | **Money** | **2017** | **Unknown** |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **.**<br><br>**None** | **Debtors transferred a 2015 Lexus for the 2017 Lexus RX450h** | | **2017** |
| **.**<br><br>**None** | **Debtor sold a 1989 Freightliner.** | **$5,000** | **12/2016** |
| **.**<br><br>**None** | **Debtor sold an IH 5488 MFD Tractor.** | **$25,000** | **6/2017** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor 1    **Anthony Wayne Salter**
Debtor 2    **Mary Frances Salter**

Case number *(if known)* _____

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Midstate Bank**<br>**321 E. Erie St.**<br>**Missouri Valley, IA 51555** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 1/2018 | $0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Midstates Bank**<br>**321 E. Erie St.**<br>**Missouri Valley, IA 51555** | Debtor | **Insurance Documents, Coin Collection, Gold Watch** | ☐ No<br>■ Yes |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Debtor 1   **Anthony Wayne Salter**
Debtor 2   **Mary Frances Salter**                                    Case number *(if known)*

**24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25.  Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:   Give Details About Your Business or Connections to Any Business**

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Salter Farms, LLC<br>1776 250th St.<br>Modale, IA 51556** | **Vehicle Ownership**<br><br>**Hilary J. Moores<br>416 Walker St.<br>Woodbine, IA 51579** | EIN:    **48-3840140**<br><br>From-To   **1/16/11-present** |

**28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Various** | **Debtors have given various financial institutions financial statements for the purpose of obtaining operating loans and refinancing exisiting debt.** |

Debtor 1    **Anthony Wayne Salter**

Debtor 2    **Mary Frances Salter**

Case number (*if known*) _____

---

**Part 12:**  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Anthony Wayne Salter _____        /s/ Mary Frances Salter _____

**Anthony Wayne Salter**                              **Mary Frances Salter**
**Signature of Debtor 1**                             **Signature of Debtor 2**

Date    **January 31, 2018** _____      Date    **January 31, 2018** _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No

☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

 **You are an individual filing for bankruptcy,** and

 **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

 Chapter 7 - Liquidation

 Chapter 11 - Reorganization

 Chapter 12 - Voluntary repayment plan for family farmers or fishermen

 Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

 most taxes;

 most student loans;

 domestic support and property settlement obligations;

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

<div style="border:1px solid #000; background:#e8e8e8;">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Iowa, Western Division

In re **Anthony Wayne Salter**
**Mary Frances Salter**

Debtor(s)

Case No. _____

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |
|---|---|
| For legal services, I have agreed to accept | $ **25,000.00** |
| Prior to the filing of this statement I have received | $ **13,070.75** |
| Balance Due | $ **11,929.25** |

2.   The source of the compensation paid to me was:

■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
**Debtors have agreed to pay an hourly rate for services rendered in excess of money paid for the handling of this bankruptcy.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation in adversary proceedings and/or contested matters.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 31, 2018**
*Date*

**/s/ Nicole Hughes**
**Nicole Hughes**
*Signature of Attorney*
**Telpner Peterson Law Firm, LLP**
**25 Main Place, Suite 200**
**P.O. Box 248**
**Council Bluffs, IA 51502-0248**
**712-325-9000  Fax: 712-328-1946**
**nhughes@telpnerlaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Southern District of Iowa, Western Division

In re   **Anthony Wayne Salter**
      **Mary Frances Salter**

Debtor(s)       Case No. _____

Chapter   **11**

## VERIFICATION OF MASTER ADDRESS LIST
## ON PAPER (CREDITOR MATRIX)

I (we) declare under penalty of perjury that I (we) have read the attached Master Address List (creditor matrix), consisting of __7__ pages, and that it is true and correct to the best of my (our) knowledge, information, and belief.

Date: **January 31, 2018**       **/s/ Anthony Wayne Salter**
      **Anthony Wayne Salter**
      Signature of Debtor

Date: **January 31, 2018**       **/s/ Mary Frances Salter**
      **Mary Frances Salter**
      Signature of Debtor

VER_MTRX (Rev. 04/00)

Ag Resource Management
505 Main Street, Ste. 350
Fort Worth, TX 76102

Agrifund, LLC
1720 23rd St.
Fremont, NE 68025

Agriland FS Inc.
421 N. 10th St.
Winterset, IA 50273

Alan K. and Marlene A. Lomax, Trustees
c/o Joe Lally
5415 143rd Ave. SE
Bellevue, WA 98006

American Express
P.O. Box 6550448
Dallas, TX 75265-0448

Barb's 5, L.L.C.
c/o Bill Bracker
226 S. 6th St.
Council Bluffs, IA 51501

Barb's 5, L.L.C.
c/o Bill Bracker
226 S. 6th
Council Bluffs, IA 51501

Barclay
P.O. Box 8801
Wilmington, DE 19899-8801

Bert Neilsen Jr.
2653 Garland Ave.
Modale, IA 51556

C.W. Kellogg Farms
2947 Eagle Ridge Dr.
Missouri Valley, IA 51555

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
P.O. Box 6492
Carol Stream, IL 60197-6492

Charles A. Salter
16961 Poppleton Ave.
Omaha, NE 68130

Chase Freedom
P.O .Box 15145
Wilmington, DE 19850

Chase Ink
P.O. Box 15145
Wilmington, DE 19850

CNH
Productivity Plus Account
P.O. Box 790449
Saint Louis, MO 63179

CNH Industrial Capital
P.O. Box 3600
Lancaster, PA 17604-3600

CNH Industrial Capital America LLC
500 Diller Ave.
New Holland, PA 17557

Crop Production Services
Wall Lake (Wholesale)
P.O. Box 10
Wall Lake, IA 51466

Cross Dillion Tire
P.O. Box 81208
Lincoln, NE 68501

Dart, Inc.
26057 South Ridge Road
Elwood, IL 60421

Decision One
7633 E. 63rd Pl., Ste. 300
Tulsa, OK 74133

Deere & Company
6400 NW 86th St.
P.O. Box 6600
Johnston, IA 50131-6630

Discover Financial Services
P.O. Box 30943
Salt Lake City, UT 84130-0943

EFS Credit Trust
50 Washington St., 10th Fl.
Norwalk, CT 06854

Farm Credit Services of America
P.O. Box 2409
Omaha, NE 68103-2409

Fast Income Servicing
1608 S. Ashland Ave. #35697
Chicago, IL 60608

First Western Bank & Trust
100 Prairie Center Drive
Eden Prairie, MN 55344

Forward Financing, LLC
36 Bromfield Street, Ste. 210
Boston, MA 02108

Fulton
c/o Famers National Co.
11516 Nicholas St., #100
Omaha, NE 68154

Gary Deitering
c/o Dean Jennings
523 6th Avenue
Council Bluffs, IA 51503

Gawley Tire and Repair, Inc.
2139 Street F24
Irwin, IA 51446

George Whitmore
14105 N. 47th
Omaha, NE 68152

Halbur
115 E. 1st St.
P.O. Box 31
Halbur, IA 51444

Heartland Ag
P.O. Box 1070
Ames, IA 50014

Heartland Credit Company LLC
2829 Westown Parkway, #350
West Des Moines, IA 50266

Heartland Credit Company LLC
P.O. Box 71399
Clive, IA 50325

Heartland Credit Company, LLC
128 Third St. N.W.
P.O. Box 80
Sioux Center, IA 51250

Heartland Credit Company, LLC
2829 Westown Parkway, #350
West Des Moines, IA 50266

Jeanne R. McCallum
5910 Morningside Ave.
Sioux City, IA 51106

Jim and Helen Young
c/o Ed Spencer
322 E. 7th St.
Logan, IA 51546

Jim Barta
c/o Ed Spencer
322 E. 7th St.
Logan, IA 51546

Joan Tomlin
9414 N. 87th
Scottsdale, AZ 85258

John Deere Financial
P.O. Box 4450
Carol Stream, IL 60197-4450

John Vana
10301 240th St.
Council Bluffs, IA 51503

Joseph P. Sandbothe Trust & Jeanette C.
 Sandbothe Family Trust
1120 Simms Ave.
Council Bluffs, IA 51503

Joy Leaders
13002 S. 60th St.
Papillion, NE 68133

Joyce Grable
11758 County Road 38
Blair, NE 68008

Klauser Trust LLC
c/o Herbert M. Sampson III
633 Park River Place
Estes Park, CO 80517

Lexus Financial Services
P.O. Box 105386
Atlanta, GA 30348

Linden Aerial Spraying
18998 140th Street
Whiting, IA 51063

Loutomco, Inc.
c/o Roger Leaders
13002 S. 60th St.
Papillion, NE 68133

Marcella Deschamp
363-acc 821 Lucy Dr.
Alamo, TX 78516

Merchant Cash and Capital, LLC
460 Park Avenue South, 10th Floor
New York, NY 10016

Mo. Valley Impl., Inc.
P.O. Box 430
Missouri Valley, IA 51555

New York Life Insurance Company
51 Madison Ave.
New York, NY 10010

Northland Capital Financial Services LLC
333 33rd Ave. South
Saint Cloud, MN 56301

Northland Capital Financial Services,LLC
P.O. Box 7278
Saint Cloud, MN 56302

Plum Investments
Doug Goracke
2016 Commerce Dr.
Red Oak, IA 51566

Rabo Agrifinance
P.O. Box 410650
Saint Louis, MO 63141-0650

Rabo Agrifinance, LLC
6919 Chancellor Drive
Cedar Falls, IA 50613

RCIS
3501 Thurston Ave.
Anoka, MN 55303

Rick and Connie Volz
c/o Agri Valley Management
P.O. Box 180
Mineola, IA 51554

Robert Deitering
c/o Dean Jennings
523 6th Avenue
Council Bluffs, IA 51503

Robert E. and Sally J. Ambrose Family
  Limited Partnership
182 Ambrose Road
Stahlstown, PA 15687

Robert E. Sweeney
c/o Hertz Farm Management
11717 M Circle
Omaha, NE 68137

Rocking K Ranch, LLC
12029 No. 123rd Way
Scottsdale, AZ 85259

Roger Leaders
13002 S. 60th St.
Papillion, NE 68133

Rumsey Trust
c/o Farmers National Co.
11516 Nicholas St., #100
Omaha, NE 68154

Salter Farms, LLC
1776 250th St.
Modale, IA 51556

Security National Mortgage
MS 314771
P.O. Box 24771
Seattle, WA 98124-0771

Security National Mortgage Company
5300 S. 360 West
Salt Lake City, UT 84123

Syngenta Seeds, LLC
13783 Collections Center Dr.
Chicago, IL 60693-0137

Ted Vatnsdal
11784 Wedgeport Ln.
Fishers, IN 46037

The James E. B. Stuart Living Trust
c/o Robert C. Stuart
7967 Ponderosa Dr.
Papillion, NE 68046

TNT2000, LLC
c/o Hertz Farm Management, Inc.
11717 M Cir.
Omaha, NE 68137

Treynor State Bank
15 E. Main St.
P.O. Box A
Treynor, IA 51575

U.S. Bank
P.O. Box 790408
Saint Louis, MO 63179-0408

US Bank
Bankruptcy/Recovery Dept
P.O. Box 5529
Cincinnati, OH 45201