UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CASE NO.  18-00194-ALS11 |
| | ) | |
| ANTHONY WAYNE SALTER and | ) | DEBTOR IN POSSESSION'S |
| MARY FRANCES SALTER, | ) | OBJECTION TO TREYNOR STATE |
|     Debtors. | ) | BANK'S MOTION FOR RELIEF FROM |
| | ) | AUTOMATIC STAY |
| | ) | |

COME NOW Anthony Wayne Salter and Mary Frances Salter, Debtors and Debtors in Possession in the above captioned Chapter 11 bankruptcy case ("Debtors"), by and through their attorney, and for their objection to Treynor State Bank's ("TS Bank") Motion for Relief from Automatic Stay ("Motion"), respectfully state to the Court the following:

1.    Debtors admit that Salter Farms, LLC ("LLC") has not filed bankruptcy and the vehicles which are the subject of TS Bank's Motion are titled in the LLC's name.

2.    However, Debtors purchased the vehicles and continue to pay for the registration, insurance, maintenance and repairs on the vehicles.

3.    Debtors only titled the vehicles in the LLC for insurance and liability purposes.

4.    In addition, Debtors have consistently listed the vehicles on their personal balance sheets, even those given to TS Bank.

5.    Since Debtor Anthony owns 100% of the LLC and pays all of the ownership and operating expenses of the vehicles, allowing TS Bank to replevy the vehicles is equivalent to granting it relief from the automatic stay as to Debtors' property.

6.    Some courts have acknowledged that the automatic stay may apply to property of a third party where debtor and non-debtor are closely related. *Nat'l Bank v. Panther Mt. Land Dev., LLC (In re Panther Mt. Land Dev., LLC)*, 686 F.3d 916, 923-924

(8th Cir. 2012).  See also *In re Bailey Ridge Partners, LLC*, No. 17-00033 (Bankr. N.D. Iowa

May 16, 2017).

7.    Allowing TS Bank to repossess and liquidate the vehicles will irreparably

harm the Debtors' ability to reorganize and continue their farming operation.

8.    Further, TS Bank will not be harmed by an extension of the stay to the LLC

as its collateral is worth substantially more than the indebtedness owed to it by the

Debtors.

9.    Debtors request the Court extend the automatic stay to the LLC and its

assets.

WHEREFORE, Debtors pray that the TS Bank's Motion be denied, the Court extend

the automatic stay to Salter Farms, LLC and for such further and additional relief as the

Court deems just and equitable.

_/s/ Nicole Hughes_____
Nicole Hughes IS9999071
Telpner Peterson Law Firm, LLP
25 Main Place, Suite 200
P.O. Box 248
Council Bluffs, IA  51502
Telephone:  (712)325-9000
Facsimile:  (712)328-1946
Email: nhughes@telpnerlaw.com
ATTORNEYS FOR DEBTORS

CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury, that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing on the 23rd day of February, 2018.

and I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Anthony Wayne and Mary Frances Salter
1776 250th St.
Modale, IA 51556

/s/ Kris Franks