**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

Anthony Wayne Salter,
Mary Frances Salter,

Case No. 18−00194−als11

Debtor(s)

March 6, 2018 Telephonic Preliminary Hearing on:
**Motion for Relief from Stay (#23) and Objection (#31)**

Appearances were noted on the record.

**ORDER**
(date entered on docket: March 7, 2018)

Based upon the filed documents and the arguments made at the time of the hearing

**It is hereby ORDERED that:**

1. An evidentiary hearing is necessary to resolve the pending motion and objection thereto.

2. The time and date of hearing will be scheduled by separate notice.

/s/ Anita L. Shodeen

U.S. BANKRUPTCY JUDGE

Parties receiving this order from the Clerk of Court:
☒   Electronic Filers in this Chapter Case