IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| IN RE | Case No. 18-00194-ALS11 |
|---|---|
| ANTHONY WAYNE SALTER and MARY FRANCES SALTER, | MOTION TO APPEAR PRO HAC VICE |
| Debtors. | |

Robert Cowherd, a lawyer who is not a member of the Bar of this District, hereby moves the Court to appear *pro hac vice* to represent GFG Ag Financing, LLC, in regard to DIP Financing in the case and states the following:

1. My full name is Robert Emerson Cowherd.

2. I received my B.A. from the University of Missouri – Columbia in 1973.  I received my J.D. from the University of Missouri – Columbia in 1975 and was a Member of the Order of Coif.

3. I am an attorney with the law firm of Chapman & Cowherd, P.C. (formerly Chapman and Chapman, P.C.), 903 Jackson, Chillicothe, Missouri 64601.  My Missouri attorney identification number is 24902.

4. I am an attorney duly admitted into practice in law in the United States District Court for the Western District of Missouri.

5. I have been a member in good standing in The Missouri Bar since 1975, and to my knowledge, no disciplinary proceedings have ever been filed or are currently pending against me.

6. I am currently not suspended or disbarred from any Court.

7. I hereby acknowledge that if the *pro hac vice* motion is granted, I agree to submit to and

comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the courts of Iowa in connection with my *pro hac vice* representation in this case.

8.  I will be associated with Mr. Michael P. Mallaney from Shindler, Anderson, Goplerud & Weese, P.C., 5015 Grand Ridge Drive, Suite 100, West Des Moines, IA 50265, an attorney who has been admitted to the Bar of this District. Mr. Mallaney has entered his appearance in this case.

9.  I can be contacted as follows:

Robert Cowherd
Chapman and Cowherd, P.C.
903 Jackson
P.O. Box 228
Chillicothe, Missouri  64601
Telephone 660-646-0627
Fax 660-646-1105
email rcowherd@ccttlaw.com

Dated this 20th day of March, 2018.


_____/s/ Robert Cowherd____
Robert Cowherd


**CERTIFICATE OF SERVICE**

The undersigned hereby states that on the 26th day of March, 2018, the foregoing document was mailed electronically by the Clerk to all those who receive electronic notification.

*/s/  Joni Crawford*
Joni Crawford, Legal Assistant