IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| IN RE<br><br>ANTHONY WAYNE SALTER and<br>MARY FRANCES SALTER,<br><br>   Debtors. | Case No. 18-00194-ALS11<br><br>WITHDRAWAL OF APPEARANCE |
|---|---|

     **COMES NOW** the undersigned and hereby withdraws his Appearance on behalf of GFG Ag Finance, LLC, Creditor in the above-captioned matter.

                             /s/ *Michael Mallaney*
                             Michael P. Mallaney
                             Shindler, Anderson, Goplerud, & Weese, P.C.
                             5015 Grand Ridge Drive, Suite 100
                             West Des Moines, Iowa 50265-5749
                             Telephone:    (515) 223-4567
                             Facsimile:    (515) 223-8887
                             Email:   mallaney@sagwlaw.com
                             ATTORNEY FOR GFG AG FINANCE, LLC

CERTIFICATE OF SERVICE

     The undersigned hereby certifies under penalty of perjury that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing on the 27th day of March, 2018.

                             _____/s/ Joni Crawford_____