UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Bankruptcy No. 18-00194 |
| | ) | |
| ANTHONY WAYNE SALTER | ) | MOTION FOR RELIEF |
| And MARY FRANCIS SALTER, | ) | FROM STAY |
| | ) | |
| Debtors. | ) | |

COMES NOW, Barb's 5, L.L.C., by and through their attorney, Bill Bracker, and respectfully states to the Court the following in support of its Motion for Relief from Stay:

1. Movant is the landlord of an agricultural lease which automatically renewed pursuant to Iowa law a copy of the lease is attached hereto.

2. Pursuant to the lease rent was due March 1, 2018. Movant has been told interim financing that will pay the first portion of the rent installment is available to the creditor pending court approval.

3. Movant further understand that the debtor had filed a motion for court approval and said motion was set for hearing on March 29, 2018 but the court has continued the hearing.

4. Movant is the landlord who has entered into a rental agreement with debtor for growing crops in the 2018 crop year. While farming is obviously seasonal and time sensitive these particular farms lay in the Missouri River bottoms and field work must be done when weather conditions allow. Now is the time to begin field work including fertilizer application and spring tillage that all must be done prior to planting.

5. Movant would like to allow debtor to rent the farms for the season. With recent increases in crop prices debtor has an opportunity to make a profit from farming this ground.

6. However, in the event the court does not approve debtor's motion this creditor will need to obtain another tenant. Before entering into an agreement with a new tenant landlord needs to be released from their obligation and the debtor cannot execute such release without prior approval from the court. Farm tenancies typically begin March 1st. Rental agreements made after March 1 usually result in a significant discount to the landlord. Therefore landlord/creditor will be significantly prejudiced by everyday of delay.

WHEREFORE creditor seeks in the alternative either approval of debtor's pending motion to pay rent or approval for creditor and debtor to enter into a release of rental agreement that would enable landlord to enter into a rental agreement with another tenant.

BARB'S 5, L.L.C., Movant

BY:   /s/Bill Bracker, 8599
226 South 6th Street
Council Bluffs, Iowa 51501
Telephone: 712-322-4215
Fax: 712-328-6855
Email: Wcbracker@aol.com
ATTORNEY FOR MOVANT

CERTIFICATE OF SERVICE

On the 30th day of March, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following: Nicholas A. Buda, Michael J. Cunningham, Nicole B. Hughes, JP Sam King, Erick W. Lam, Christopher K. Loftus, Johannes H. Moorlach, James W. Russell, Brandon R. Tomjack, United States Trustee.

/s/BILL BRACKER
Attorney for Movant