**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

Anthony Wayne Salter,
Mary Frances Salter,

Case No. 18−00194−als11

Debtor(s)

March 29, 2018 Telephonic Preliminary Hearing on:
**Motion to Obtain Secured Credit (#40) and Objection (#53)**

Appearances were noted on the record.

**ORDER**
(date entered on docket: March 30, 2018)

Based upon the filed documents and the arguments made at the time of the hearing

**It is hereby ORDERED that:**

The controversy is continued for further evidentiary hearing on April 11, 2018 at 11:00 a.m. in U.S. Post Office Building, 6th and Broadway, Council Bluffs, Iowa.

/s/ Anita L. Shodeen

U.S. BANKRUPTCY JUDGE

Parties receiving this order from the Clerk of Court:
☒   Electronic Filers in this Chapter Case