**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

Anthony Wayne Salter,
Mary Frances Salter,

Case No. 18−00194−als11

Debtor(s)

April 17, 2018 Telephonic Preliminary Hearing on:
**Motion for Relief from Stay (#66) and Objection (#78)**

Appearances were noted on the record.

**ORDER**
(date entered on docket: April 18, 2018)

**It is hereby ORDERED that:**

1. The objection is overruled and the Motion is granted.

2. Today's record shall constitute the Court's findings and conclusions pursuant to Federal Rules of Bankruptcy Procedure 7052 and 9014.

/s/ Anita L. Shodeen

U.S. BANKRUPTCY JUDGE

Parties receiving this order from the Clerk of Court:
☒   Electronic Filers in this Chapter Case