## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CASE NO. 18-00194-ALS11 |
| | ) | |
| ANTHONY WAYNE SALTER and | ) | DEBTORS IN POSSESSION'S |
| MARY FRANCES SALTER, | ) | MOTION TO SELL |
|     Debtors. | ) | |
| | ) | |

COME NOW Anthony Wayne Salter and Mary Frances Salter, Debtors and Debtors in Possession, in the above captioned Chapter 11 bankruptcy case ("Debtors"), by and through their attorney, pursuant to 11 U.S.C. Section 363, and in support of this Motion to Sell, respectfully state to the Court the following:

    l.    Debtors intend to sell an 8-tower Valley Pivot (396 hours) to Missouri River Farms, LLC, c/o CT Capital Management, 1 Landmark Square, 20th Floor, Stamford, CT 06901 for $40,000.00.

    2.    Agriland FS, Inc. ("Agriland") and Treynor State Bank ("TS Bank") both allege a superior lien on the sale proceeds.

    3.    The sale proceeds will be held in the undersigned's trust account until Agriland and TS Bank agree as to disbursement or the Court enters an order directing the disbursement.

    3.    It is in the best interest of the estate that the aforesaid property be sold.

WHEREFORE, the Debtors prays that the Court enter an Order authorizing the

Debtors to sell the aforesaid property on the terms and conditions set forth above and for such other and further relief as the Court deems equitable.

Date: April 19, 2018.        /s/ Nicole Hughes
                                          Nicole Hughes, IS9999071
                                          Telpner, Peterson, Smith, Ruesch, Thomas
                                               & Simpson, LLP
                                          25 Main Place, Suite 200
                                          P.O. Box 248
                                          Council Bluffs, IA  51502
                                          Telephone:  (712)325-9000
                                          Facsimile:  (712)328-1946
                                          Email: nhughes@telpnerlaw.com
                                          ATTORNEY FOR DEBTORS

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies under penalty of perjury, that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing and by first class mail on the 19th day of April, 2018 to the parties listed on the attached official court matrix.

                                                                                  /s/ Cathy Templeton