UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| IN RE ) | CASE NO. 18-00194-ALS11 |
| ) | |
| ANTHONY WAYNE SALTER and ) | DEBTORS IN POSSESSION'S NOTICE |
| MARY FRANCES SALTER, ) | OF REJECTION OF UNEXPIRED |
| Debtors. ) | LEASES |

COME NOW Anthony Wayne Salter and Mary Frances Salter, Debtors and Debtors in Possession, in the above captioned Chapter 11 bankruptcy case ("Debtors"), by and through their attorney, pursuant to 11 U.S.C. §365, and herby rejects the unexpired leases of non-residential real estate from the following landlords: Dart, Inc.; George Whitmore; Ted Vatnsdal; Joan Tomlin; Joseph P. Sandbothe Trust and Jeanette C. Sandbothe Family Trust; C.W. Kellogg Farms; TNT2000, LLC; Robert E. and Sally J. Ambrose Family Limited Partnership; Marcella Deschamp; Loutomco, Inc.; Roger Leaders; Robert Deitering; Barb's 5, LLC; Rocking K Ranch, LLC; John Vana; Jean R. McCallum; Joy Leaders; Alan K. and Marlene A. Lomax; Gary Deitering; Plum Investments; Burt Nielsen, Jr.; Charles A. Salter; Rick and Connie Volz; Robert E. Sweeney; Rumsey Trust; Klauser Trust, LLC; The James E. B. Stuart Living Trust; Jim Barta; Jim and Helen Young; Joyce Graybill; and Fulton.

The Debtors are unable to pay the cash rents required under the above noted unexpired leases.

    /s/ Nicole Hughes_____
Nicole Hughes AT0002263
Telpner Peterson Law Firm, LLP
25 Main Place, Suite 200
P.O. Box 248
Council Bluffs, IA  51502
Telephone:  (712)325-9000
Facsimile:  (712)328-1946
Email: nhughes@telpnerlaw.com
ATTORNEYS FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury, that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing and by first class mail on the 19th day of April, 2018 to the following non CM/ECF participants:

Anthony and Mary Salter
1776 250th St.
Modale, IA 51556

Dart, Inc.
26057 South Ridge Road
Elwood, IL  60421

George Whitmore
14105 N 47th
Omaha, NE  68152

Ted Vatnsdal
7120 N Pennsylvania St.
Indianapolis, IN  46240

Joan Tomlin
9414 N 87th
Scottsdale, AZ  85258

Joseph P. Sandbothe Trust &
Jeanette C. Sandbothe Family Trust
1120 Simms Ave.
Council Bluffs, IA  51503

C.W. Kellogg Farms
2947 Eagle Ridge Dr.
Missouri Valley, IA  51555

TNT2000, LLC
c/o Hertz Farm Management, Inc.
11717 M Circle
Omaha, NE  68137

Robert E. and Sally J. Ambrose
Family Limited Partnership
182 Ambrose Road
Stahlstown, PA  15687

Marcella Deschamp
363-acc 821 Lucy Dr.
Alamo, TX  78516

Loutomco, Inc.
c/o Roger Leaders
13002 S 60th St.
Papillion, NE  68133

Roger Leaders
13002 S 60th St.
Papillion, NE  68133

Robert Deitering
c/o Dean Jennings
523 6th Ave.
Council Bluffs, IA  51503

Barb's 5, LLC
c/o Bill Bracker
226 S 6th St.
Council Bluffs, IA  51501

Rocking K Ranch, LLC
12029 N 123rd Way
Scottsdale, AZ  85259

John Vana
10301 240th St.
Council Bluffs, IA  51503

Jean R. McCallum
5910 Morningside Ave.
Sioux City, IA  51106

Joy Leaders
13002 S 60th St.
Papillion, NE  68133

Alan K. and Marlene A. Lomax
c/o Joe Lally
5415 143rd Ave. SE
Bellevue, WA  98006

Gary Deitering
c/o Dean Jennings
523 6th Ave.
Council Bluffs, IA  51503

Plum Investments
Doug Goracke
2016 Commerce Dr.
Red Oak, IA  51566

Burt Nielsen, Jr.
2653 Garland Ave.
Modale, IA  51556

Charles A. Salter
16961 Poppleton Ave.
Omaha, NE  68130

Rick and Connie Volz
c/o Agri Valley Management
PO Box 180
Mineola, IA  51554

Robert E. Sweeney
c/o Hertz Farm Management
11717 M Circle
Omaha, NE  68137

Rumsey Trust
c/o Farmers National Co.
11516 Nicholas St., #100
Omaha, NE  68154

Klauser Trust, LLC
c/o Herbert M. Sampson, III
633 Park River Place
Estes Park, CO  80517

The James E. B. Stuart Living Trust
c/o Robert C. Stuart
7967 Ponderosa Dr.
Papillion, NE  68046

Jim Barta
c/o Ed Spencer
322 E 7th St.
Logan, IA  51546

Jim and Helen Young
c/o Ed Spencer
322 E 7th St.
Logan, IA  51546

Joyce Graybill
c/o John T. Turco
2580 S. 90th Street
Omaha, NE 68124

Fulton
c/o Farmers National Co.
11516 Nicolas St., #100
Omaha, NE  68154

/s/ Cathy Templeton